1
2
3
4
5
6
7
8

**CARROLL, KELLY, TROTTER & FRANZEN**
**JOHN C. KELLY (SBN 125609)**
**GABRIEL M. IRWIN (SBN 210916)**
111 West Ocean Boulevard, 14th Floor
Post Office Box 226
Long Beach, California 90801-5636
Telephone No. (562) 432-5855 /
Facsimile No. (562) 432-8785
jckelly@cktflaw.com / gmirwin@cktflaw.com

Attorneys for Defendant, CITY OF ONTARIO

9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  DANIEL TRIPPIEDI, an individual, | CASE NO.:  5:20-CV-01190-AB-SHK |
| 13                        Plaintiff, | **DECLARATION OF GABRIEL M.** |
| 14            vs. | **IRWIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR** |
| 15  CITY OF ONTARIO, a government | **PARTIAL SUMMARY JUDGMENT** |
| 16  entity; and DOES 1-10, inclusive | [Filed concurrently with Statement of Disputed and Undisputed Facts in |
| 17                        Defendants. | Opposition; Declaration of Michael P. Gibbons; Supplemental Declaration of |
| 18 | Michael P. Gibbons; Declaration of Christopher Shaw] |
| 19 | |
| 20 | DATE: August 27, 2021 |
| 21 | TIME:  10:00 a.m. COURTROOM: 7B |
| 22 | Discovery Cut-Off: 7-8-21 |
| 23 | Pre-Trial Conf.: 11-19-21 Trial: 12-7-21 |
| 24 | |
| 25 | **Honorable  Andre Birotte, Jr.** Complaint Filed:   6-11-20 |

26  / / /

27  / / /

28          I, GABRIEL M. IRWIN, hereby declare and state as follows:

1  1. I am an attorney at law duly licensed to practice before all the courts in

2 the State of California and am a partner with the law firm of Carroll, Kelly, Trotter,

3 & Franzen, attorneys of record for defendant CITY OF ONTARIO in the pending

4 litigation.

5  2. I have personal knowledge of the matters contained within this

6 Declaration. If called to testify as to these matters, I could and would competently

7 testify thereto.

8  3. Attached hereto as Exhibit "A" is a true and accurate copy of the

9 deposition of Claudia Uribe taken in the context of the instant matter.

10  4. Attached hereto as Exhibit "B" is a true and correct copy of the

11 deposition of Glendy Trippiedi taken in the context of the instant matter.

12  I declare under penalty of perjury under the laws of the State of California that

13 the foregoing is true and correct.

14  Executed this 6th day of August, 2021 at Long Beach, California.

15

16

17     _____

18     GABRIEL M. IRWIN

19

20

21

22

23

24

25

26

27

28

EXHIBIT "A"

DEPOSITION OF

CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO

TAKEN ON

JULY 2, 2021



THE SULLIVAN GROUP
OF COURT REPORTERS

SULLIVANCOURTREPORTERS.COM

PHONE 855.525.3860  |  323.938.8750

Page 3

```
                 UNITED STATES DISTRICT COURT

               CENTRAL DISTRICT OF CALIFORNIA

DANIEL TRIPPIEDI, an         )

individual,                  )

                             )

          Plaintiff,         )

                             )

    vs.                      )  No. 5:20-cv-01190-AB-SHK

                             )

CITY OF ONTARIO, a           )

government entity; and DOES  )

1-10, inclusive,             )

                             )

          Defendants.        )

_____)


            VIDEO CONFERENCE DEPOSITION OF

                   CLAUDIA URIBES

     APPEARING REMOTELY FROM CANOGA PARK, CALIFORNIA

                    JULY 2, 2021


Reported By:

SUSAN MARIE BOGGS

CSR NO. 5170, RPR

NO. 21-101174
```

```
1    APPEARANCES OF COUNSEL:
2    For Plaintiff:
3          MANNING LAW, APC
           BY:  BABAK HASHEMI, ESQ.
4          20062 S.W. Birch Street
           Suite 200
5          Newport Beach, California 92660
           949.385.6779
6          bhashemi@manninglawoffice.com
7
     For Defendant:
8
           CARROLL, KELLY, TROTTER & FRANZEN
9          BY:  GABRIEL M. IRWIN, ESQ.
           111 West Ocean Boulevard
10         14th Floor
           Long Beach, California 90801
11         562.432.5855
           gmirwin@cktflaw.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 2

```
1               UNITED STATES DISTRICT COURT
2               CENTRAL DISTRICT OF CALIFORNIA
3
4
5    DANIEL TRIPPIEDI, an         )
     individual,                  )
6                                 )
               Plaintiff,         )
7                                 )
         vs.                      )  No. 5:20-cv-01190-AB-SHK
8                                 )
     CITY OF ONTARIO, a           )
9    government entity; and DOES  )
     1-10, inclusive,             )
10                                )
               Defendants.        )
11   _____)
12
13
14
15         VIDEO CONFERENCE DEPOSITION OF CLAUDIA
16         URIBES, taken on behalf of the Defendant,
17         all parties appearing from remote
18         locations, on Friday, July 2, 2021,
19         commencing at 2:04 P.M., before SUSAN
20         MARIE BOGGS, CSR NO. 5170, RPR.
21
22
23
24
25
```

Page 4

```
1                      I N D E X
2    WITNESS                                    PAGE
3    CLAUDIA URIBES
4           Examination by Mr. Irwin            5
5
6
7
8                      EXHIBITS
9           (None)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 5

1   REPORTER APPEARING REMOTELY FROM THOUSAND OAKS, CA
2   FRIDAY, JULY 2, 2021, 2:04 P.M.
3   ***
4   THE REPORTER:  Good afternoon.  My name is Susan
5   Boggs.  I am a Certified Shorthand Reporter with The
6   Sullivan Group of Court Reporters.  I will be swearing
7   in the witness remotely pursuant to CCP Section
8   2025.310(a).
9      Please raise your right hand.
10     Do you solemnly state that the testimony you
11  are about to give in this deposition shall be the truth,
12  the whole truth, and nothing but the truth, so help you
13  God?
14  MS. URIBES:  Yes.
15
16     CLAUDIA URIBES,
17     having declared under penalty
18     of perjury to tell the truth, was
19     examined and testified as follows:
20
21     EXAMINATION
22  BY MR. IRWIN:
23  Q   Good afternoon.  Would you please state and
24  spell your name for the record.
25  A   I'm sorry.  Are you asking me?

Page 6

1   Q   Yes.  Please state and spell your name for the
2   record, please.
3   A   Yes.  Claudia Uribes.  C-l-a-u-d-i-a.  Last
4   name U-r-i-b- -- like a boy -- -e-s.
5   Q   Good afternoon, Miss Uribes.  My name is
6   Gabriel Irwin, and I'm an attorney, and I'm here to take
7   your deposition.
8      Have you ever given a deposition before?
9   A   No.
10  Q   I will be going over the ground rules of the
11  proceeding with you.  You may have heard some or all of
12  these rules from counsel, but I would like to review
13  them with you so you have an understanding as to what
14  we're doing here today.
15  A   Okay.
16  Q   Are you aware that -- well, I am led to believe
17  that you -- you know an individual named Daniel
18  Trippiedi?
19  A   Yes.
20  Q   Okay.  And are you aware that he currently has
21  a lawsuit pending?
22  A   Yes.
23  Q   So I represent the City of Ontario, and I'm
24  here to take your deposition in the context of that
25  lawsuit.

Page 7

1      Okay?
2   A   Uh-huh.
3   Q   So in order to accomplish this deposition, we
4   need to keep a few rules in mind.  We have a reporter
5   here who types down everything that is said during the
6   proceeding.  Because of that, it's important that we not
7   speak at the same time.
8      So allow me to ask my question.  And when I'm
9   done speaking, you can go ahead and give your response.
10  When you're done responding, I will ask my next
11  question.  And we can move in succession.
12     Does that make sense to you?
13  A   Yes.
14  Q   If we speak at the same time like people
15  normally do in the course of a conversation, then our
16  court reporter has to listen to us simultaneously and
17  attempt to record what we're saying accurately even
18  though we're speaking together.  And that's very
19  difficult for her.  So let's try to keep in mind that we
20  cannot speak over each other.
21     Okay?
22  A   Okay.
23  Q   Because everything is typed out into a written
24  transcript, it's important that you give audible
25  responses to my questions today.  I can see you on this

Page 8

1   Zoom feed obviously.  And if you nodded your head or you
2   shook your head, I certainly know what that means
3   because I can see you.  However, those nonverbal
4   responses do not translate well into a deposition
5   transcript which, again, is going to be typed out.
6      So because we need to understand what your
7   responses are clearly and record them clearly, I need
8   you to verbalize your responses.  No nods of the head,
9   no shakes of the head, no gestures or things like that.
10     Okay?
11  A   Okay.
12  Q   Also, things that we commonly say during the
13  course of a normal conversation like "yeah" or "uh-huh,"
14  those responses tend to be a bit ambiguous in the
15  deposition transcript when that transcript is recorded
16  and finalized.
17     So it would be best if you give me formal
18  answers, "yeses," "noes," whatever the case may be.  But
19  avoid those more casual responses which can be ambiguous
20  down the line when we read the transcript back.
21     Okay?
22  A   Okay.
23  Q   I'm here to try to obtain information from you
24  that you may or may not know about the events in
25  question concerning the lawsuit we're here on today.

Page 9

1  It's important that you understand the questions that I
2  ask you.  I'm not here to try to confuse you in any way.
3  I'm not here to argue with you.  I'm just here again to
4  ask you questions, try to obtain information from you.
5      Okay?
6  A  Okay.
7  Q  And to that end I will attempt to be as clear
8  as I can possibly be with my questions.  However, I can
9  tell you that there are times when I'm not as clear as I
10 think I am or that I would like to be.  And a question I
11 might ask you today may not make sense to you.
12     So if that is the case, I need you to speak up
13 when that occurs.  Let me know that you don't understand
14 what I'm asking you or that you're confused or that what
15 I'm saying doesn't make sense.
16     If I hear you respond in that manner, I will
17 rephrase my question or I will ask a different question
18 to try to get to something that you do understand.
19     Okay?
20 A  Okay.
21 Q  If I do ask you a question and you listen to it
22 and you give a response, I'm going to assume you
23 understood the question because you responded and did
24 not tell me that you were confused or didn't understand.
25     Is that fair?

Page 10

1  A  Yes.
2  Q  This is not going to be a terribly long
3  deposition.  However, you are entitled to take a break
4  or breaks today if you choose or need to or choose to.
5  And you can take a break for any reason.  It doesn't
6  matter.  Could be to use your phone, write a text
7  message, talk to counsel, use the bathroom, whatever the
8  case may be.
9      All you have to do is tell me that you need to
10 take a break.  We'll go off the record.  And when you're
11 ready to resume, we can go back on the record and
12 proceed.
13     Okay?
14 A  Okay.
15 Q  You do understand that you're under oath today?
16 A  Yes.
17 Q  It's the same oath to tell the truth under
18 penalty of perjury that you would take in a court of law
19 before a judge and a jury.
20     Do you understand that?
21 A  Yes.
22 Q  At the conclusion of today's proceeding, in a
23 couple weeks from now, the court reporter will finalize
24 and communicate a deposition transcript for today's
25 proceeding.

Page 11

1      That will have all of my questions, all of your
2  answers, anything that counsel might say as well.
3  They'll all be recorded in that transcript.  You'll be
4  given the opportunity to review that in terms of
5  verifying that it is accurately reported in terms of
6  your testimony, and you'll be given the chance to sign
7  that transcript to ensure or to verify that you have
8  reviewed it and that everything is accurate.
9      Interestingly, under the law, you are allowed
10 to change your answers and your testimony at the time of
11 your review of the deposition transcript.  And, again,
12 that will be several weeks after we're done here today.
13     And, in fact, if you do make changes which you
14 are permitted to do, I do not have the ability to bring
15 you back and take your deposition again to ask you about
16 any changes that you might make.
17     However, if this case that we're here on today
18 ever did go to trial, and if you made any substantive
19 changes to your deposition transcript that I felt were
20 important or significant, I could choose to comment on
21 those before a judge or a jury, and that could prove to
22 impact your credibility in a negative fashion.
23     So I would just encourage you to give your most
24 accurate, straightforward testimony today to avoid any
25 changes needing to be made after the fact and any of

Page 12

1  those issues that I mentioned.
2      Does that make sense?
3  A  Yes.
4  Q  Do you have any questions for me before we
5  proceed?
6  A  No.
7  Q  Have you taken any drugs, alcohol, or
8  medication in the last 24 hours that you feel might
9  impact your ability to testify today?
10 A  No.
11 Q  Is there any reason you're not prepared to
12 proceed to give your best testimony today?
13 A  No.
14 Q  What is your date of birth?
15 A  December 4, '86.
16 Q  And where were you born?
17 A  Guatemala.
18 Q  I'm sorry.  Say that again.
19 A  Guatemala.
20 Q  Guatemala.  What is your current address?
21 A  7249 Vassar Avenue, Apartment 202, Canoga Park,
22 91303.
23 Q  Can you spell the street, please.
24 A  Vassar is V- -- like Victor -- -a-s- -- like
25 Sam -- double -s-a-r.

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 13

1  Q   And your apartment number?
2  A   202.
3  Q   How long have you lived there?
4  A   About two years.
5  Q   And does anybody else live with you at that
6  address?
7  A   Just my two daughters.
8  Q   What are their names?
9  A   Hailey Monge and Melody Monge.
10  Q   Can you spell their last name for the record.
11  A   M- -- like Mary -- -o-n-g-e.
12  Q   Are they twins?
13  A   No.  They're sisters.
14  Q   Okay.  How old is Hailey?
15  A   She's 12 years old.
16  Q   And how about Melody?
17  A   7 years old.
18  Q   Do you have any other children?
19  A   No.
20  Q   Are you married?
21  A   No.
22  Q   Have you previously been married?
23  A   Never.
24  Q   Who is your mother?
25  A   Letty.

Page 14

1  Q   Her last name?
2  A   Trippiedi.
3  Q   And she's married to Daniel Trippiedi?
4  A   Yes.
5  Q   How long have you known Daniel Trippiedi?
6  A   For years now.  It's been years.
7  Q   I'm sorry.  Did you say it's been years?
8  A   Right.  Several years.
9  Q   What's your best estimate as to how many?
10  A   Ten years.
11  Q   How long has Mr. Trippiedi been married to your
12  mother?
13  A   I don't have the exact years.  So I don't know.
14  Q   Do you have an estimate?  Like 5 years?  20
15  years?  50 years?
16  A   5 years.
17  Q   Do you know how they met?
18  A   I don't know.
19  MR. HASHEMI:  Can we take a brief break?  Maybe
20  about five minutes?
21  MR. IRWIN:  Sure.  We'll go off the record.
22  MR. HASHEMI:  Thank you.  I'll be right back.
23  (Recess from 2:18 P.M. to 2:23 P.M.)
24  MR. IRWIN:  We'll go back on the record.
25  Q   Before we took our brief break, I asked you

Page 15

1  whether you knew how your mother met Mr. Trippiedi.
2  You don't know how they met?
3  A   No.  I don't know.
4  Q   Did they have a wedding ceremony?
5  A   I know they got married.  But not an actual
6  wedding ceremony, no.
7  Q   Okay.  Did you attend any type of hearing or
8  ceremony for their wedding?
9  A   No.
10  Q   Did you meet Mr. Trippiedi prior to your mother
11  getting married to him?
12  A   Yes.
13  Q   On more than one occasion?
14  A   Yes.
15  Q   How far in terms of -- let's just say time --
16  do you live from your mother and Mr. Trippiedi
17  currently?
18  A   How far do I live?
19  Q   Yeah.  Does it take ten minutes to get to their
20  house, or does it take an hour?
21  MR. HASHEMI:  Calls for speculation.
22  THE WITNESS:  Five minutes.
23  BY MR. IRWIN:
24  Q   I'm sorry.  I didn't hear your response.
25  A   Five minutes.

Page 16

1  Q   How often do you see your mother?
2  A   Occasionally.
3  Q   And how do you define occasionally?
4  A   Holidays, every day or so, every other day.
5  Q   So on an average week, you would see your
6  mother every other day.  Is that your testimony?
7  A   Yes.
8  Q   Do you do specific tasks or things with your
9  mother on a frequent basis?  Does she watch your
10  children?  How does that work?
11  A   Yes.  She watches my kids.
12  Q   Does she do that at her house or your house?
13  A   Her house.
14  Q   So you drop them off?
15  A   Correct.
16  Q   Other than dropping your children off and
17  seeing your mother on holidays, do you -- are there
18  other occasions that you regularly see your mom?
19  A   Just the frequent visits.
20  Q   Would you consider yourself close with your
21  mother?
22  A   Yes.
23  Q   For example, I mean do you guys go out to eat?
24  Do you go to movies?  Do you do activities together?
25  A   No.  Mostly everything is in the house.

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 17

1  Q   Do you have any siblings?
2  A   Yes.
3  Q   How many?
4  A   Two sisters.
5  Q   And what are their names?
6  A   Elsie and Astrid.
7  Q   Can you spell Elsie?
8  A   E-l-s-i-e.
9  Q   And her last name?
10 A   Leiva, L-e-i-v-a.
11 Q   How old is Elsie?
12 A   She is three years younger than me.
13 Q   So 31?
14 A   Correct.
15 Q   And your other sibling's name?
16 A   Astrid.
17 Q   Can you spell that, please.
18 A   A-s-t-r-i-d, Leiva.
19 Q   How old is Astrid?
20 A   She's the same. 31.
21 Q   Where do your sisters live?
22 A   Canoga Park.
23 Q   Do you see them regularly?
24 A   No.
25 Q   How often do you currently see Mr. Trippiedi?

Page 18

1  A   The same as my mother. They both live
2  together.
3  Q   So when you drop your children off, do you see
4  Mr. Trippiedi?
5  A   Yes.
6  Q   And when you pick them up, do you see him at
7  that point as well?
8  A   Yes.
9  Q   Do you ever have meals with Mr. Trippiedi?
10 A   Yes.
11 Q   Would you consider yourself close to
12 Mr. Trippiedi?
13 A   Yes.
14 Q   Okay. Did you attend high school?
15 A   Yes.
16 Q   And where did you attend?
17 A   Belmont High School.
18 Q   And where is that?
19 A   Los Angeles.
20 Q   Did you graduate?
21 A   Yes.
22 Q   What year?
23 A   2005.
24 Q   Did you pursue any additional education after
25 high school?

Page 19

1  A   Yes. Went to ACC.
2  Q   And what is ACC?
3  A   American Career College.
4  Q   And where is that located?
5  A   Los Angeles.
6  Q   What did you study at the American Career
7  College?
8  A   Medical billing and coding.
9  Q   And how long was that program that you
10 participated in?
11 A   About eight months.
12 Q   And you completed it?
13 A   Correct.
14 Q   When did you complete the program?
15 A   I don't recall the time.
16 Q   Do you recall the year?
17 A   2019.
18 Q   Any additional education since high school
19 other than the American Career College?
20 A   No.
21 Q   Are you currently employed?
22 A   Yes.
23 Q   Where do you currently work?
24 A   Health Advocates.
25 Q   Did you say "Health Advocates"?

Page 20

1  A   Correct.
2  Q   And what kind of company is Health Advocates?
3  A   It's a third-party vendor for claims for
4  hospitals.
5  Q   And do they have an office that you go to to
6  work, or do you work from home?
7  A   No. Work in an office.
8  Q   Where is the office?
9  A   In Chatsworth.
10 Q   How long have you worked there?
11 A   A year.
12 Q   And you work full time?
13 A   Correct.
14 Q   Did you have a job before going to work for
15 Health Advocates?
16 A   I'm sorry?
17 Q   Did you have a job before going to work for
18 Health Advocates?
19 A   Before that?
20 A   Yes, ma'am.
21 A   Sorry. I'm thinking.
22 Q   Take all the time you need.
23 A   Yes.
24 Q   And where did you work?
25 A   It was in Los Angeles. Moti Physical Therapy.

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 21

1   Q   Can you spell "Moti."
2   A   Yes.  It's M- -- like Mary -- -o-t-i, Physical
3   Therapy.
4   Q   What was your job title?
5   A   That's where I started my internship as a
6   medical biller.
7   Q   And how long did you work with Moti Physical
8   Therapy?
9   A   A couple months.
10   Q   Prior to your education at the American Career
11   College, did you have any occupation outside of the
12   medical billing industry?
13   A   No.
14   Q   Is your mother currently employed?
15   A   No.
16   Q   Is Mr. Trippiedi currently employed?
17   MR. HASHEMI:  Calls for speculation.
18   BY MR. IRWIN:
19   Q   You can answer.
20   A   I don't know.
21   Q   Did you review any documents in preparation for
22   this deposition today?
23   A   No.
24   Q   Did you speak with your mother about this
25   deposition?

Page 22

1   A   No.
2   Q   Did you speak with Mr. Trippiedi about this
3   deposition?
4   A   No.
5   Q   Are you currently at your apartment?
6   A   No.
7   Q   Where are you?
8   A   At my mother's house.
9   Q   Is your mother with you?
10   A   No.
11   Q   Is Mr. Trippiedi with you?
12   A   Yes.
13   Q   In the same room?
14   A   Same house.
15   Q   Is he in the room with you currently?
16   A   No.
17   Q   Is there a reason that you are zooming in for
18   this deposition from his house instead of your
19   apartment?
20   A   No.
21   Q   Did you talk to him about this deposition
22   before it started?
23   A   No.
24   Q   Did you ask him if you could do the deposition
25   from his house?

Page 23

1   A   Yes.
2   Q   And why is that?
3   A   I just feel comfortable being here.
4   Q   And he said that would be okay?
5   A   Yes.
6   Q   And did you have any further discussion about
7   the deposition?
8   A   No.
9   Q   Have you ever spoken with him in any capacity
10   about this lawsuit other than "I want to come to your
11   house for the deposition"?
12   MR. HASHEMI:  Objection.  It's vague and overbroad.
13   BY MR. IRWIN:
14   Q   Go ahead.
15   A   No.
16   Q   How did you know that there was a lawsuit
17   pending?
18   A   By having this deposition.
19   Q   Prior to receiving notice of this deposition,
20   were you aware of a lawsuit filed by Mr. Trippiedi?
21   A   I've heard of it, but I didn't bother asking.
22   Q   How had you heard of it?
23   A   By my mom, appointments.  She said she had an
24   appointment as well with you guys.
25   Q   Other than the fact that your mother had an

Page 24

1   appointment with us, did you have any further
2   information about this lawsuit before being notified
3   that you were going to give a deposition?
4   A   No.
5   Q   Do you know what the lawsuit is about?
6   A   Sort of.
7   Q   What's your understanding?
8   A   That someone is unsatisfied by something that's
9   not correct or something.  So then there's a lawsuit.
10   MR. IRWIN:  Susie, could you read back the answer.
11   (The record was read as follows:
12   "That someone is unsatisfied by
13   something that's not correct or
14   something.  So then there's a lawsuit.")
15   BY MR. IRWIN:
16   Q   And the someone is who with respect to that
17   response?
18   A   Someone can be anyone, any person.
19   Q   You're aware that Mr. Trippiedi is the one that
20   filed the lawsuit?
21   A   At this point, yes.
22   Q   And do you believe he is unsatisfied about
23   something?
24   MR. HASHEMI:  Calls for speculation and a legal
25   conclusion.

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 25

1  BY MR. IRWIN:
2      Q    Go ahead and answer.
3      A    Can I skip?
4      Q    No, unless you don't understand what I'm asking
5  you.
6          MR. HASHEMI:  That would be a great option in a
7  deposition though.
8          So, Claudia, if you don't understand a
9  question, you can ask counsel to rephrase it, and
10  perhaps that will help you understand the question a
11  little bit better.
12          THE WITNESS:  Sure.  Repeat the question then.
13  BY MR. IRWIN:
14      Q    I'm just trying to break down your response of
15  "Someone is unsatisfied by something that is not
16  correct."
17          So the someone in this case is Mr. Trippiedi;
18  correct?
19      A    Correct.
20      Q    And do you know what he is unsatisfied about
21  leading to filing the lawsuit?
22          MR. HASHEMI:  Calls for expert -- calls for legal
23  conclusion and speculation.
24  BY MR. IRWIN:
25      Q    Go ahead.

Page 26

1      A    That he's not satisfied.
2      Q    It's a pretty straightforward question, and it
3  is -- I'll ask it a different way.
4          Do you know why he filed a lawsuit?
5      MR. HASHEMI:  Calls for speculation.
6      THE WITNESS:  Yes, because of the wheelchair.
7  BY MR. IRWIN:
8      Q    What do you mean by that?
9      A    Something -- I don't know exactly what
10  happened, but I just know that he was not happy because
11  of the wheelchair -- the accessibility.
12      Q    Okay.  So your understanding is that this
13  lawsuit has to do with Mr. Trippiedi's wheelchair?  Do I
14  understand you correctly?
15      A    I don't know the exact answer.  Quite honestly,
16  I don't.  But that's my understanding.
17      Q    Okay.  And I'm not asking you to guess.  In
18  fact, I don't want you to guess today or speculate.  So
19  if you don't know an answer to my question, you can just
20  tell me that you don't know.
21          Okay?
22      A    Okay.
23      Q    With respect to Mr. Trippiedi's wheelchair, do
24  you know what it is about the wheelchair and the
25  accessibility term that you mentioned which forms the

Page 27

1  basis of this lawsuit?
2      A    Nothing specifically of his wheelchair.  But I
3  think the place didn't have or accommodate for people
4  with, you know, wheelchairs.
5      Q    And how do you know that?
6      A    I just know when -- after the graduation, we
7  were just waiting there like for more than 20, 25
8  minutes.  And his van was blocked by two cars.  He
9  couldn't get in.
10      Q    And you were with him at that time?
11      A    Yes.
12      Q    Other than -- well, that was at the Toyota
13  Arena in Ontario; correct?
14      A    (No response.)
15      Q    I'm sorry.  Did you hear my question?
16      A    No.
17      Q    With respect to when the van was blocked, that
18  was at the Toyota Arena?
19      A    Yes.
20      Q    What date was that?
21      A    October 20, 2019.
22      Q    And you were graduating that day?
23      A    Correct.
24      Q    And the ceremony was held at the Toyota Arena
25  in Ontario?

Page 28

1      A    Correct.
2      Q    How did you get to the arena that day?
3      A    He drove us.  I was in the van.
4      Q    Who else was in the van?
5      A    My mother and my two kids.
6      Q    What kind of van does Mr. Trippiedi have?
7      MR. HASHEMI:  Vague.
8  BY MR. IRWIN:
9      Q    Well, do you know the make --
10      A    I don't know.
11      Q    -- of the van?
12      A    I don't know.
13      Q    Do you know what year it is?
14      A    I don't know.
15      Q    Do you know what color it is?
16      A    Gray.
17      Q    Do you know how many doors it has?
18      A    It's a sliding door and two doors in the front.
19      Q    One sliding door?
20      A    Yes.
21      Q    What size?
22      A    Two sliding doors and two doors on the side --
23  front passenger and driver's side.
24      Q    Is there a door in the back of the van?
25      A    A sliding door.

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 29

1   Q   In the back of the van?
2   A   The trunk -- the trunk and the two sliding
3   doors.
4   Q   It has -- does it have a gate that lifts up in
5   the back?
6   A   No.  Are you talking about the trunk or the
7   side?  I'm sorry.
8   Q   The back of the van.
9   A   The back -- it opens, yes.
10   Q   Okay.  Does it open upwards?
11   A   Correct.
12   Q   Did you meet at Mr. Trippiedi's house to go to
13   the graduation that day?
14   A   Give me one second.  I'm trying to remember.
15   No.
16   Q   Did you get picked up?
17   A   Correct.
18   Q   What time did you leave your house?
19   A   I don't remember.
20   Q   Was it in the afternoon?  Was it in the
21   morning?  Was it lunchtime?
22   A   Before graduation.  I don't know what time.  I
23   forgot.
24   Q   What time was the graduation?
25   A   I don't remember.

Page 30

1   Q   Was it at 7:00 at night?
2   A   No.  It had to be noon.  Evening or noon.  I
3   think it was noon.
4   Q   And what time did you arrive at the arena that
5   day?
6   A   I don't remember.
7   Q   Do you have any estimate?
8   A   Probably 45 minutes before graduation.
9   Q   And Mr. Trippiedi was driving his van that day?
10   A   Yes.
11   Q   Your mother was sitting in the passenger seat
12   in front?
13   A   Correct.
14   Q   Where were you sitting?
15   A   In the back.
16   Q   With your two daughters?
17   A   Yes.
18   Q   What entrance did you enter the arena from that
19   day?
20   MR. HASHEMI:  Objection.  Vague.  Calls for
21   speculation.
22   THE WITNESS:  By the front where all the graduates
23   were going.
24   BY MR. IRWIN:
25   Q   Was there a gate at the parking lot that you

Page 31

1   entered?
2   A   I just remember there were a lot of holes
3   and -- yes.  There were little gates.
4   Q   When you first got to the arena parking area,
5   did Mr. Trippiedi stop and speak with a parking lot
6   attendant?
7   A   I just remember he was trying to find parking,
8   and I was in a rush.  So I just got off the car.  He
9   dropped me off in the front.
10   Q   Before you were dropped off in front of the
11   arena, your recollection is that Mr. Trippiedi was
12   trying to find a place to park?
13   A   Correct.
14   Q   Before you were dropped off and before you got
15   out of the van that day, did Mr. Trippiedi speak with
16   anyone in the parking lot before you got out of the car?
17   A   I don't know.  I was in a rush.
18   Q   Okay.  So at the time the van arrived at the
19   arena parking lot and the time you got out of the van to
20   go to your graduation, do you remember anything else
21   other than that Mr. Trippiedi was looking for parking?
22   A   No.
23   Q   Did you tell him "Just let me out.  I need to
24   go" or something to that effect?
25   A   Yeah.  I was too focused on graduating.  I

Page 32

1   wasn't paying attention.
2   Q   Where did you get dropped off?
3   A   In front by the stairs where all the graduates
4   were going.
5   Q   Okay.  At the time you got out of the van, did
6   you have any discussion with Mr. Trippiedi?
7   A   No.  I was already in line myself with the
8   graduates.
9   Q   When you got out of the van, did you have any
10   discussion with your mother?
11   A   No.
12   Q   What about were there graduates assembling in
13   the area where you got dropped off?
14   A   They were just locating upstairs.
15   Q   To go into the arena?
16   A   Correct.
17   Q   Before -- well, on the way -- on the drive out
18   to the arena on the day you graduated, did you have any
19   discussion with your mother or Mr. Trippiedi about the
20   plan at the graduation in any respects?
21   A   No.
22   MR. HASHEMI:  Objection.  It's vague.
23   BY MR. IRWIN:
24   Q   Was there a specific place at the arena where
25   the graduates were instructed to meet or gather?

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 33

1    A    No.
2    Q    Okay.  You went up the stairs and into the
3  arena?
4    A    Yeah.  I just followed where all the graduates
5  were.
6    Q    And where did you go?
7    A    Upstairs.
8    Q    Once you got in the arena, where did you go?
9    A    Then that's where they gave us instructions.
10  Once we're in, that's where they gave us instructions.
11    Q    Okay.  And what were the instructions?
12    A    Just to follow each graduate, make a right,
13  make a left.
14    Q    And did you ultimately get to a place where you
15  sat down?
16    A    Yes.
17    Q    Was that on the floor level of the arena?
18    A    Correct.
19    MR. HASHEMI:  Objection.  Vague.
20  BY MR. IRWIN:
21    Q    Approximately how long did the graduation last?
22    A    Two to four hours.
23    Q    During the graduation ceremony were there any
24  breaks or intermissions?
25    A    No.

Page 34

1    Q    Did you have a cell phone with you during the
2  graduation?
3    A    Yes.
4    Q    Did you receive any phone calls during the
5  ceremony?
6    A    No.
7    Q    During the ceremony did each of the graduates
8  walk up on to the stage to receive a diploma of some
9  type?
10    A    Yes.
11    Q    During the ceremony, did you have occasion to
12  see either your mom or Mr. Trippiedi?
13    A    No.
14    Q    How about your daughters?
15    A    No.
16    Q    Did you know where they were sitting in the
17  arena?
18    A    No.
19    Q    Does -- on the date of the graduation, were you
20  aware of any type of medication that Mr. Trippiedi
21  required?
22    A    I don't know.
23    Q    Did he use any type of oxygen device to assist
24  him with breathing?
25    A    Did he use on that day?

Page 35

1    Q    Yeah.  Were you aware of any oxygen device that
2  he used on a regular basis to assist him with breathing?
3    A    No.
4    Q    After the graduation concluded, what did you
5  do?
6    A    I was very emotional.  It was an emotional day
7  for me.
8    Q    And why is that?
9    A    Because I graduated.
10    Q    So good emotional; right?
11    A    Right.
12    Q    When the ceremony concluded, what happened
13  next?
14    A    After I finished, I was just looking for
15  everyone.
16    Q    You were in the arena down on the floor level?
17    A    Correct.
18    Q    So was there a place you were instructed to
19  exit?
20    A    Yes.
21    Q    And where was that, if you know?
22    A    It was straight down to the right.
23    Q    Did all the graduates proceed out of the arena
24  towards the same exit as far as you knew?
25    A    Yes.

Page 36

1    Q    And was there a place you were told to wait or
2  to gather outside?
3    A    No.  Everyone just went on their own.
4    Q    When you got outside of the arena, do you know
5  what side of the arena you were located on at that
6  point?
7    MR. HASHEMI:  Calls for speculation.
8    THE WITNESS:  I don't know.
9  BY MR. IRWIN:
10    Q    When you walked out of the arena, were you in
11  the same area where the stairs were located that you had
12  taken to enter the arena earlier that day?
13    MR. HASHEMI:  Objection.  Vague.
14    THE WITNESS:  Yes.
15  BY MR. IRWIN:
16    Q    When you walked out the doors of the arena,
17  where did you go?
18    A    I was looking for my family members, to be
19  honest.
20    Q    Okay.  Were you walking around looking for
21  them?  Were you standing in one place?  What were you
22  doing?
23    A    I was standing trying to look everywhere in
24  circles to see where -- if I saw one of my family
25  members.

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 37

1    Q   Did you think about calling them on your cell
2  phone?
3    A   Yes.
4    Q   And did you reach anyone?
5    A   No.
6    Q   You ultimately did locate your family; correct?
7    A   Correct.
8    Q   And where did you find them, or where did you
9  meet?
10   A   First person I saw were my kids and Daniel.
11   Q   And did they come up to you?
12   A   No.  They were waiting for people to get out.
13  They were still inside the arena.
14   Q   Just so I'm understanding, you were outside of
15  the arena after the graduation, looking for your family;
16  correct?
17   A   No.  No.  No.  I was inside looking around.
18   Q   You were in the arena?
19   A   Correct.
20   Q   And you found your kids and Mr. Trippiedi
21  inside the arena?
22   A   Correct.
23   Q   And did you speak with them at that point?
24   A   Yes.
25   Q   Was your mother with them at that time?

Page 38

1    A   No.
2    Q   Where was she?
3    A   She was looking for my sister.
4    Q   Your sister had attended the graduation as
5  well?
6    A   At the very end when everything finished.
7    Q   And which sister was that?
8    A   Elsie.
9    Q   Did any other family members attend this
10  graduation?
11   A   No, just herself.
12   Q   Was Elsie invited?
13   A   Yes.
14   Q   Okay.  So after the graduation you located
15  Mr. Trippiedi and your children inside the arena; is
16  that right?
17   A   Correct.
18   Q   And what happened after you were able to locate
19  them?
20   A   We waited till everyone was out of the way.  We
21  were trying to exit.
22   Q   Okay.  So you were standing with your children
23  and Mr. Trippiedi just kind of waiting until the crowd
24  cleared out?
25   A   Correct.

Page 39

1    Q   How long did you wait before you moved on?
2    A   In the arena?  I don't recall.
3    Q   Were you near an exit in the arena at that
4  point?
5    A   Yes.  Yes.
6    Q   And were you waiting for the crowd to clear so
7  it would be easier for Mr. Trippiedi to exit?
8    A   Correct.
9        MR. HASHEMI:  Objection.  Argumentative and assumes
10  facts not in evidence.
11  BY MR. IRWIN:
12   Q   And I'm sorry.  Your answer was "That is
13  correct"; right?
14   A   Correct.
15   Q   And I'm sorry if I asked you this.  I'm drawing
16  a blank.
17       How long did you wait at that time?
18   A   Like five, ten minutes.
19   Q   During that time did your mother eventually
20  come and meet you inside the arena?
21   A   No.
22   Q   How about your sister?
23   A   No.
24   Q   Did anyone come and meet up with you?
25   A   Not inside.

Page 40

1    Q   And after waiting five to ten minutes, you
2  exited the arena?
3    A   Correct.
4    Q   And you exited together with Mr. Trippiedi and
5  your daughters?
6    A   Correct.
7    Q   Do you know what exit you left the arena
8  through?
9        MR. HASHEMI:  Calls for speculation.
10       THE WITNESS:  I don't know.
11  BY MR. IRWIN:
12   Q   And after leaving or exiting the arena with
13  Mr. Trippiedi and your children, where did you go?
14   A   Towards the car.
15   Q   Did you walk down any ramps when you left the
16  arena?
17   A   No.  No.  There was no ramps.
18   Q   Okay.  Let's backtrack for a second.  If I
19  understood you correctly, during the graduation you were
20  seated on the floor level; is that right?
21   A   Yes.
22   Q   And when the graduation ended, did you take any
23  stairs to go up from the floor level?
24   A   Yes.
25   Q   And what level did you go up to?

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 41

1   A   Just the stage.
2   Q   The stage level?
3   A   Correct.
4   Q   And is that where you met Mr. Trippiedi and
5   your children?
6   A   No.
7   Q   Talking about the stage where you got your
8   diploma?
9   A   Correct.
10   Q   Okay.  When you received your diploma, did you
11   go and sit back down after that?
12   A   Correct.
13   Q   And then the graduation ultimately ended;
14   right?
15   A   No.  It continued.
16   Q   Well, at some point after that, it did end?
17   A   Right.
18   Q   And when it ended, where did you go?
19   A   That's when I was looking for my family.  And
20   straight ahead then I reached and located my two kids
21   and Daniel.
22   Q   So my question is did you locate them on the
23   floor level where you were sitting, or did you go to a
24   different level in the arena where you found them?
25   A   The same floor.

Page 42

1   Q   Where you were seated?
2   A   Correct.  The same level.
3   Q   Okay.  And after waiting with Mr. Trippiedi and
4   your children for the crowds to disperse, you then
5   exited the arena?
6   A   Yes.
7   Q   And you did not require any stairs to get out
8   of the arena; is that right?
9   A   No.
10   Q   Did you require an elevator to get out of the
11   arena?
12   A   No.
13   Q   You were able to walk straight out of the arena
14   through doors?
15   A   Yes.
16   Q   And, again, Mr. Trippiedi and your daughters
17   were with you at this point; correct?
18   A   Yes.
19   Q   Where did you go after walking out of the
20   arena?
21   A   Towards the parking lot.
22   Q   Towards where the van was parked?
23   A   Correct.
24   MR. HASHEMI:  We have to go on break for about five
25   minutes if we can take a moment.

Page 43

1   MR. IRWIN:  Can I just finish a couple questions,
2   and then we'll take a break?
3   MR. HASHEMI:  Of course.
4   BY MR. IRWIN:
5   Q   After you left the arena and you were walking
6   towards the van, did you stop for any reason?
7   A   I'm sorry.  Repeat that question.
8   Q   After you left the arena and you were walking
9   towards the van, did you stop for any reason?
10   A   Well, me -- I was trying to look for my
11   family -- my mom.
12   Q   What were you doing in terms of how you were
13   looking for your mom?  Just walking around or calling
14   her or what?
15   A   After a minute we were like all of us together.
16   My kids and Daniel were just heading towards the car.
17   But I was trying to communicate with my mother.
18   Q   And how did you ultimately meet up with your
19   mom after the graduation?
20   A   I had to tell her where I was.
21   Q   On the phone?
22   A   Correct.
23   Q   And where did you tell her you were?
24   A   In the parking lot at the van.
25   Q   She found you?

Page 44

1   A   Yes.  She did find us.
2   Q   So she reunited with you and Mr. Trippiedi and
3   your daughters at the car?
4   A   Correct.
5   Q   Was your sister with her?
6   A   No.
7   Q   Did you ever talk with your sister that day?
8   A   Yes.
9   Q   Before she left the graduation?
10   A   No.
11   Q   Afterwards?
12   A   Correct.
13   Q   And this was on the phone?
14   A   Uh-huh.
15   Q   Is that a "yes"?
16   A   Yes.
17   Q   Okay.  So you testified earlier when you got to
18   the van, it was blocked in; is that right?
19   A   Correct.
20   Q   And there were cars on both sides of the van?
21   A   Correct.
22   Q   From the time you exited the arena with
23   Mr. Trippiedi and your daughters to the time you arrived
24   at the van, did you stop for any reason in the parking
25   lot?

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 45

1    A    I mean, yes, we were waiting for the people
2  to -- whoevers' vehicles -- they needed to move those
3  vehicles.
4    Q    Okay.  Let me rephrase my question.  I don't
5  think I was clear.
6    A    Yes.
7    Q    From the time you walked out of the arena --
8    A    Uh-huh.
9    Q    -- before you got to the van, did you stop for
10 any reason?
11   A    I don't remember, honestly.
12   Q    So after you left the arena, the next thing you
13 recall is getting to the van and seeing that it was
14 blocked in; is that right?
15   A    Yes.
16   MR. IRWIN:  Okay.  We'll go off the record and take
17 a break, Counsel.  Whenever you're ready to resume,
18 you'll let us know?
19   MR. HASHEMI:  Thanks for that.  I appreciate it.
20       (Recess from 3:14 P.M. to 3:20 P.M.)
21   MR. IRWIN:  We'll go back on the record.
22   Q    Okay.  During the break did you speak with
23 Mr. Trippiedi in any respect?
24   A    No.
25   Q    Did you speak with Mr. Hashemi in any respect?

Page 46

1    A    No.
2    Q    Okay.  When you got to the van in the parking
3  lot, what kind of cars were on either side of the van
4  that were blocking it?
5    A    Honestly, I don't remember.  My memory is not
6  that fresh.
7    Q    Did Mr. Trippiedi attempt to get in the
8  vehicle?
9    A    He couldn't because it was blocked.
10   Q    So he looked at the situation and knew that
11 there was -- he couldn't get in; right?
12   A    Correct.
13   MR. HASHEMI:  Argumentative.
14 BY MR. IRWIN:
15   Q    Did your -- was your mother with you at this
16 point in time?
17   A    Yes.
18   Q    And the van you said has sliding doors on both
19 sides?
20   A    Correct.
21   Q    Do you have a driver's license, by the way?
22   A    Yes.
23   Q    Did you offer to pull the van out of the
24 parking spot?
25   A    No.  I was too distracted with my graduation.

Page 47

1    Q    You were too distracted to get in the car and
2  pull it out of the parking spot?
3    MR. HASHEMI:  Objection.  Argumentative.  Asked and
4  answered.
5  BY MR. IRWIN:
6    Q    Is that your testimony?
7    MR. HASHEMI:  You can answer the question.
8    THE WITNESS:  I did answer.
9  BY MR. IRWIN:
10   Q    I'm just trying to understand.  At this point
11 the graduation ceremony had concluded; correct?
12   A    Right.  It had finished.
13   Q    And then you get to the car, and you realize
14 that Mr. Trippiedi cannot get in the car because it's
15 blocked in; right?
16   A    Correct.
17   Q    Did you look at the van and think about whether
18 you, without a wheelchair, could get in the van at any
19 point in time?
20   A    I did not think of that.
21   Q    How long did you wait in the parking lot after
22 the graduation before you could get in the van?
23   A    Quite some time.
24   Q    And how long would that be?  What's your best
25 estimate?

Page 48

1    A    20, 25 minutes.
2    Q    And what were you doing during those 20 to 25
3  minutes?
4    A    I was with my kids and trying to communicate
5  with my sister.
6    Q    Were you speaking with Mr. Trippiedi in any
7  way?
8    A    No.
9    Q    By the way, the time that -- after the
10 graduation ceremony, you testified you met up with
11 Mr. Trippiedi and your daughters inside the arena.
12       Do you recall saying that?
13   A    Yes.  Quite honestly, I don't remember that
14 much of that -- exactly how it happened.
15   Q    Did you have a chance while you were waiting
16 for the crowds to disperse inside the arena to speak
17 with Mr. Trippiedi in any way about where he sat for the
18 graduation?
19   A    No.
20   Q    Did he mention any discussions he had with
21 anyone working at the arena during the graduation?
22   A    No.
23   Q    Did he complain to you at all at that point
24 about any experience he had had at the arena that day?
25   A    No.

Page 49

1   Q   While you were waiting after you left the arena
2   with Mr. Trippiedi and your two daughters, waiting in
3   the parking lot, did Mr. Trippiedi talk with you about
4   any experiences he had had while inside the arena that
5   day?
6       A   No.
7       Q   Did he complain to you while you were waiting
8   in the parking lot in any fashion about actions by arena
9   staff to him that day?
10      A   No.
11      Q   Did your mother at any point in time offer to
12  get in the van and pull it out so Mr. Trippiedi could
13  access the car with his wheelchair?
14      A   I don't know.
15      Q   Did you speak with the driver of either of the
16  cars that were blocking the van that day?
17      A   No.
18      Q   Did you observe Mr. Trippiedi speaking to
19  either of the drivers of those cars that day?
20      A   No.
21      Q   After the family was able to gain access to the
22  van, what happened next?
23      A   Once we're all in and out of the arena you
24  mean?
25      Q   Well, we're talking about being in the parking

Page 50

1   lot.  You could not get in the car, and you waited 20 to
2   25 minutes.
3           Right?
4       A   Uh-huh.
5       Q   "Yes"?
6       A   Yes.
7       Q   When you finally get in the van, what happens
8   next?
9       A   We finally leave.
10      Q   Did you go home after that?
11      A   No.
12      Q   Where did you go?
13      A   We went to eat somewhere.
14      Q   Was that at a sitdown type restaurant?
15      A   Yes.
16      Q   And who went to eat?
17      A   Just me and my daughters and my parents.
18      Q   Mr. and Mrs. Trippiedi?
19      A   Yes.  I don't remember where.
20      Q   During the drive from the arena to the
21  restaurant, was there any discussion with either your
22  mother or Mr. Trippiedi or both about anything that had
23  happened inside the arena that day?
24      A   No.
25      Q   When you got to the restaurant and you had the

Page 51

1   meal there with your family, did Mr. Trippiedi at any
2   point during that meal complain about the treatment you
3   received at the Toyota arena in Ontario that day?
4       A   No.
5       Q   Did he at any point during that meal
6   communicate to you anything that happened to him in the
7   arena that day?
8       A   No.
9       Q   Did your mother have any of those types of
10  conversations with you during that meal after your
11  graduation?
12      A   No.
13      Q   The meal was for a celebratory type event; is
14  that right?
15      A   Just a graduation meal.  That's it.
16      Q   Do you know what city the restaurant was
17  located in?
18      A   I don't remember.
19      Q   After the meal concluded, did you go home?
20      A   Yes.
21      Q   And Mr. Trippiedi dropped you off at your home
22  with your two daughters?
23      A   I don't remember exactly what happened that
24  day.  I don't remember.
25      Q   At any point after your graduation ceremony

Page 52

1   concluded on October 20th of 2019, did Mr. Trippiedi
2   complain to you at any time about the treatment he
3   received inside the arena that day?
4       A   No.
5       Q   Did your mother make any comments to you at any
6   point that day about anything that may have happened
7   inside the arena that day?
8       A   No.
9       Q   Were you made aware by Mr. Trippiedi or your
10  mother that day of any problems whatsoever that may have
11  occurred at the arena?
12      A   No.
13      Q   When you walked out to the van after the
14  graduation, did you at any point realize that the van
15  was not parked in a handicapped stall?
16      A   Correct.
17      Q   And did you realize that upon arriving at the
18  vehicle?
19      A   Yes.
20      Q   And did you speak with Mr. Trippiedi about why
21  he parked where he parked?
22      A   No.
23      Q   Did you ask him why he didn't park in a
24  handicapped stall?
25      A   No.

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 53

1    Q    After the date of your graduation, which was
2  October 20th of 2019, did Mr. Trippiedi ever convey to
3  you any information about any treatment he may have
4  received at the Toyota arena on the day of your
5  graduation?
6    A    No.
7    Q    Did he ever tell you that he was mistreated in
8  some way or some fashion while at the arena?
9    A    No.
10   Q    Did he ever talk to you about where he parked
11  that day?
12   A    No.
13   Q    Has he ever talked to you about why he didn't
14  park in a handicapped or a disabled parking spot that
15  day?
16   A    Sorry. I'm just thinking. No.
17   Q    At any point in time after your October 20th,
18  2019, graduation, did your mother ever talk to you about
19  any treatment that either she or Mr. Trippiedi received
20  while at the Toyota arena for your graduation?
21   A    No.
22   Q    Did she ever tell you that -- did she ever talk
23  to you at any point after your graduation about where
24  they parked that day?
25   A    No.

Page 54

1    Q    Has Mr. Trippiedi ever explained or conveyed to
2  you any information that he had a negative experience at
3  the Toyota arena on the date of your graduation?
4    A    No.
5    Q    Has your mother?
6    A    No.
7    Q    Are you aware of any other lawsuits that
8  Mr. Trippiedi has filed in the past?
9    A    No.
10   Q    Are you aware that Mr. Trippiedi has been a
11  party to one or more settlements in the past with
12  respect to allegations of violations of his rights?
13       MR. HASHEMI:  Objection.  Vague.
14  BY MR. IRWIN:
15   Q    You can answer.
16   A    I don't know.
17   Q    You testified earlier during this deposition
18  that most of the time spent with your mother and
19  Mr. Trippiedi occurs at their house.
20       Do I understand that correctly?
21   A    Most of the time.
22   Q    Do you ever do any things with them outside of
23  their house?
24   A    No.
25   Q    Other than spending time with them at their

Page 55

1  house, how else do you spend time with them if in any
2  other fashion?
3    A    Honestly, the last time was 2019 when we went
4  out.
5    Q    For your graduation?
6    A    Right. That I can remember, we all went out
7  like that.
8    Q    That was the last time you recall going out to
9  eat with them?
10   A    Correct.
11   Q    Since your graduation day and the meal that
12  day, can you think of any other activities that you have
13  undertaken with your mother and Mr. Trippiedi outside of
14  their home?
15   A    No.
16   Q    Do you eat meals at your mother's house?
17   A    Sometimes.
18   Q    How often?
19   A    Maybe once or twice a week.
20   Q    Is Mr. Trippiedi present for those meals as
21  well?
22   A    Sometimes.
23   Q    Did you ever have any discussions with
24  Mr. Trippiedi about how he's feeling emotionally?
25   A    No.

Page 56

1    Q    That wouldn't be something you would share with
2  each other?
3    A    No. I haven't asked.
4    Q    Do you ever speak with your mother about how
5  Mr. Trippiedi has been doing?
6    A    No.
7    Q    Do you ever speak with your mother about how
8  her marriage is going with Mr. Trippiedi?
9    A    No.
10   Q    Your mom -- is she currently out of the
11  country?
12   A    Yes.
13   Q    And do you know why she's out of the country?
14   A    I don't know.
15   Q    Did you know that she was going to be leaving
16  the country?
17   A    Three days before she left.
18   Q    And how did you learn that she was going to be
19  leaving?
20   A    She told me.
21   Q    What did she tell you?
22   A    That she was leaving to Guatemala.
23   Q    Did you take her to the airport?
24   A    No.
25   Q    Did you ask her why she was leaving?

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 57

1    A   I did.
2    Q   And what did she tell you?
3    A   She went to visit her family members.
4    Q   When did she leave?
5    A   I don't remember.
6    Q   Like six months ago?  One month ago?  One week
7  ago?
8    A   A month.
9    Q   Have you spoken with her since she's been gone?
10   A   Not yet.
11   Q   Have you tried to call her?
12   A   Not yet.
13   Q   Has she called you?
14   A   Yes.  I had a missed call.
15   Q   Since your mother has been out of the country
16  for approximately one month, have you seen Mr. Trippiedi
17  before today?
18   A   Yes.
19   Q   How many times?
20   A   Maybe twice.
21   Q   Including today or separate from today?
22   A   Separate.
23   Q   And what occasions have you seen him?
24   A   Just to check up on him.  Seeing if the cat
25  needs something, the dog.  Just to see -- check up on

Page 58

1  him, if he's okay.
2    Q   You stop by to check up on him or you call him?
3  How does that work?
4    A   Yes.
5    Q   Both?
6    A   I text first to see if it's okay.
7    Q   And then you stop in to see him?
8    A   Yeah.
9    Q   And has he needed your help in any capacity
10  since your mother left?
11   A   No.
12   Q   The times when you dropped in to check on
13  Mr. Trippiedi since your mother left the country, have
14  you asked him how he's doing?
15   A   Yes.
16   Q   And what has he told you?
17   A   He's doing okay.
18   Q   Has he talked with your mother since she's been
19  gone?
20   A   I don't know.
21   Q   Has Mr. Trippiedi ever told you that he's been
22  going through any type of emotional problems or
23  struggles?
24   A   No.
25   Q   Has he ever told you that he suffered from

Page 59

1  depression?
2    A   No.
3    Q   Has he ever told you he suffers from anxiety?
4    A   No.
5    Q   Has he ever told you that he sees a therapist?
6    A   Yes.
7    Q   And when did you learn that?
8    A   A few weeks ago.
9    Q   And how did you learn it?
10   A   I think I learned it through my mom.
11   Q   Were speaking with your mother?
12   A   She was here, and I asked where was Daniel.
13   Q   And she said what?
14   A   That he was at his therapist.
15   Q   When you were told that, did you have any
16  questions for your mom like "Why is he seeing a
17  therapist?" or anything like that?
18   A   No.  I don't ask.
19   Q   You just left it alone?
20   A   Uh-huh.
21   Q   "Yes"?
22   A   Yes.
23   Q   Are you aware as to whether Mr. Trippiedi has
24  ever in his lifetime suffered from depression?
25   A   No.

Page 60

1    Q   Same question as to anxiety.
2    MR. HASHEMI:  Calls for speculation.
3  BY MR. IRWIN:
4    Q   Just what you know.  Do you know?
5    A   I don't know.
6    Q   Based upon the time that you spent with
7  Mr. Trippiedi, let's say in the last 12 months, have you
8  formed an impression as to how he's doing emotionally?
9    MR. HASHEMI:  Calls for expert testimony.
10  BY MR. IRWIN:
11   Q   You can go ahead and answer.
12   A   No.
13   Q   Based on the time that you spent with
14  Mr. Trippiedi over the last 12 months, have you noticed
15  any changes personally in him?
16   A   No.
17   Q   Based on your relationship with Mr. Trippiedi,
18  since he's married your mother, how would you describe
19  his personality?
20   MR. HASHEMI:  Objection.  Calls for a narrative.
21  BY MR. IRWIN:
22   Q   Go ahead.
23   A   He's a nice man.  Nice, kind, caring person.
24   Q   And have those qualities that you just
25  described, based on the time that you spent with him,

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Page 61

1 changed in any way as far as you can tell?
2   A   No.
3   Q   Would you describe Mr. Trippiedi as an outgoing
4 person?
5   MR. HASHEMI:  Objection.  Vague.
6 BY MR. IRWIN:
7   Q   Do you understand my question?
8   A   Yes.  Just calm.
9   Q   Is he a happy person?
10   A   I don't know.
11   Q   Does he seem like an unhappy person based upon
12 your experience in the time spent with him?
13   A   No.
14   Q   Just kind of a calm, even-keeled individual?
15   A   Uh-huh.  Yes.
16   MR. HASHEMI:  Madam Reporter, may I have the last
17 question and answer reread, please.
18     (The record was read as follows:
19     "Just kind of a calm, even-keeled
20     individual?"
21     Answer, "Uh-huh.  Yes.")
22   MR. HASHEMI:  I meant the one before.  I'm sorry.
23     (The record was read as follows:
24     "Does he seem like an unhappy person
25     based upon your experience in the time

Page 62

1     spent with him?"
2     Answer, "No.")
3   MR. HASHEMI:  Objection.  Vague as to that second to
4 last question.  And calls for expert testimony.
5 BY MR. IRWIN:
6   Q   During the day of your graduation, October 20th
7 of 2019, I asked you whether you saw your sister that
8 day, Elsie, and you said "no"; correct?
9   A   Correct.
10   Q   Did she tell you at any point that she tried to
11 come see you or meet up with you?
12   A   Yes.
13   Q   What did she tell you in that regard?
14   A   It was at the very end.  She was late, showed
15 up when everything -- or she was on her way.  I didn't
16 see her though.
17   Q   Did she tell you or describe what efforts she
18 made to try to find you that day?
19   A   Yes.  She said she put gas on her vehicle.
20   Q   Do you know whether she walked around the
21 parking lot looking for you at any point?
22   A   I don't think she showed up to the arena.
23   Q   Oh, she didn't actually get to the arena?
24   A   No.  It was too late.
25   Q   Other than -- well, have you ever spoken with

Page 63

1 Mr. Trippiedi about this lawsuit?
2   MR. HASHEMI:  Asked and answered.
3   THE WITNESS:  No.
4 BY MR. IRWIN:
5   Q   Have you ever spoken with your mother about
6 this lawsuit?
7   A   No.
8   Q   Have you ever spoken with anyone else other
9 than your mother and Mr. Trippiedi about the lawsuit?
10   A   No.
11   MR. IRWIN:  Okay.  I don't think I have any other
12 questions.
13   MR. HASHEMI:  I don't have any either.
14   MR. IRWIN:  Great.  So, Madam Court Reporter, we
15 will handle this -- we're in the U.S. District Court.
16     So it's my understanding that you will prepare
17 the transcript, communicate it to counsel; is that
18 correct?
19   THE REPORTER:  Correct.  We'll go by Code.
20     Do you want to order a copy, Bobby?
21   MR. HASHEMI:  I would, and I request that the
22 deponent's copy be either emailed to me or her directly
23 with the errata sheet.  It doesn't matter.
24   THE REPORTER:  We can do it directly if you'd like.
25 I just need an email address from her.

Page 64

1   MR. HASHEMI:  Claudia, would you type your email in
2 the chat box for Madam Reporter.
3   THE WITNESS:  Sure.  I'll do it right now.
4   THE REPORTER:  Thank you.
5     (The proceedings concluded at 3:53 P.M.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

Page 65

1

2

3        I, CLAUDIA URIBES, say I have read the

4   foregoing deposition and declare under penalty of

5   perjury, under the laws of the State of California, that

6   my answers, as indicated, are true and correct.

7

8        Signed this _____ day of _____,

9   2021.

10

11

12

13        _____

              CLAUDIA URIBES

14

15

16

17

18

19

20

21

22

23

24

25

Page 66

1             DEPONENT'S CHANGES OR CORRECTIONS

2   Note:  If you are adding to your testimony, print the

3   exact words you want to add.  If you are deleting from

4   your testimony, print the exact words you want to

5   delete.  Specify with "Add" or "Delete" and sign this

6   form.

7

8   DEPOSITION OF:       CLAUDIA URIBES

9   CASE:                TRIPPIEDI V. CITY OF ONTARIO

10  DATE OF DEPOSITION:  7.2.21

11  PAGE    LINE    CHANGE/ADD/DELETE

12  _____   _____   _____

13  _____   _____   _____

14  _____   _____   _____

15  _____   _____   _____

16  _____   _____   _____

17  _____   _____   _____

18  _____   _____   _____

19  _____   _____   _____

20  _____   _____   _____

21  _____   _____   _____

22  _____   _____   _____

23  _____   _____   _____

24  _____   _____   _____

25  Deponent's Signature _____ Date _____

Page 67

1

2        I, SUSAN MARIE BOGGS, Certified Shorthand

3   Reporter, License No. 5170, RPR, do hereby certify:

4        That the foregoing proceedings were taken

5   before me at the time and place herein set forth; that

6   any witnesses in the foregoing proceedings, prior to

7   testifying, were administered an oath; that a record of

8   the proceedings was made by me using machine shorthand

9   which was thereafter transcribed under my direction;

10  that the foregoing transcript is a true record of the

11  testimony given.

12        Further, that if the foregoing pertains to the

13  original transcript of a deposition in a Federal Case,

14  before completion of the proceedings, review of the

15  transcript [X] was [ ] was not requested.

16        I further certify I am neither financially

17  interested in the action nor a relative or employee of

18  any attorney or any party to this action.

19        IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21  Dated:  July 14, 2021

22

23        _Susan Marie Boggs_

              SUSAN MARIE BOGGS

24            CSR NO. 5170, RPR

25

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

**-**

**-a-s-** 12:24

**-e-s** 6:4

**-o-n-g-e** 13:11

**-o-t-i** 21:2

**-s-a-r** 12:25

**1**

**12** 13:15 60:7,14

**2**

**2** 5:2

**20** 14:14 27:7,21 48:1,2 50:1

**2005** 18:23

**2019** 19:17 27:21 52:1 53:2, 18 55:3 62:7

**202** 12:21 13:2

**2021** 5:2

**2025.310(a)** 5:8

**20th** 52:1 53:2,17 62:6

**24** 12:8

**25** 27:7 48:1,2 50:2

**2:04** 5:2

**2:18** 14:23

**2:23** 14:23

**3**

**31** 17:13,20

**3:14** 45:20

**3:20** 45:20

**3:53** 64:5

**4**

**4** 12:15

**45** 30:8

**5**

**5** 14:14,16

**50** 14:15

**7**

**7** 13:17

**7249** 12:21

**7:00** 30:1

**8**

**86** 12:15

**9**

**91303** 12:22

**A**

**A-S-T-R-I-D** 17:18

**ability** 11:14 12:9

**ACC** 19:1,2

**access** 49:13,21

**accessibility** 26:11,25

**accommodate** 27:3

**accomplish** 7:3

**accurate** 11:8,24

**accurately** 7:17 11:5

**actions** 49:8

**activities** 16:24 55:12

**actual** 15:5

**additional** 18:24 19:18

**address** 12:20 13:6 63:25

**Advocates** 19:24,25 20:2, 15,18

**afternoon** 5:4,23 6:5 29:20

**ahead** 7:9 23:14 25:2,25 41:20 60:11,22

**airport** 56:23

**alcohol** 12:7

**allegations** 54:12

**allowed** 11:9

**ambiguous** 8:14,19

**American** 19:3,6,19 21:10

**Angeles** 18:19 19:5 20:25

**answers** 8:18 11:2,10

**anxiety** 59:3 60:1

**apartment** 12:21 13:1 22:5, 19

**APPEARING** 5:1

**appointment** 23:24 24:1

**appointments** 23:23

**approximately** 33:21 57:16

**area** 31:4 32:13 36:11

**arena** 27:13,18,24 28:2 30:4,18 31:4,11,19 32:15, 18,24 33:3,8,17 34:17 35:16,23 36:4,5,10,12,16 37:13,15,18,21 38:15 39:2, 3,20 40:2,7,12,16 41:24 42:5,8,11,13,20 43:5,8 44:22 45:7,12 48:11,16,21, 24 49:1,4,8,23 50:20,23 51:3,7 52:3,7,11 53:4,8,20 54:3 62:22,23

**argue** 9:3

**Argumentative** 39:9 46:13 47:3

**arrive** 30:4

**arrived** 31:18 44:23

**arriving** 52:17

**assembling** 32:12

**assist** 34:23 35:2

**assume** 9:22

**assumes** 39:9

**Astrid** 17:6,16,19

**attempt** 7:17 9:7 46:7

**attend** 15:7 18:14,16 38:9

**attendant** 31:6

**attended** 38:4

**attention** 32:1

**attorney** 6:6

**audible** 7:24

**Avenue** 12:21

**average** 16:5

**avoid** 8:19 11:24

**aware** 6:16,20 23:20 24:19 34:20 35:1 52:9 54:7,10 59:23

**B**

**back** 8:20 10:11 11:15 14:22,24 24:10 28:24 29:1, 5,8,9 30:15 41:11 45:21

**backtrack** 40:18

**based** 60:6,13,17,25 61:11, 25

**basis** 16:9 27:1 35:2

**bathroom** 10:7

**Belmont** 18:17

**biller** 21:6

**billing** 19:8 21:12

**birth** 12:14

**bit** 8:14 25:11

**blank** 39:16

**blocked** 27:8,17 44:18 45:14 46:9 47:15

**blocking** 46:4 49:16

**Bobby** 63:20

**Boggs** 5:5

**born** 12:16

**bother** 23:21

**box** 64:2

**boy** 6:4

**break** 10:3,5,10 14:19,25 25:14 42:24 43:2 45:17,22

**breaks** 10:4 33:24

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

**breathing** 34:24 35:2

**bring** 11:14

**C**

C-L-A-U-D-I-A 6:3

**CA** 5:1

**call** 57:11,14 58:2

**called** 57:13

**calling** 37:1 43:13

**calls** 15:21 21:17 24:24 25:22 26:5 30:20 34:4 36:7 40:9 60:2,9,20 62:4

**calm** 61:8,14,19

**Canoga** 12:21 17:22

**capacity** 23:9 58:9

**car** 31:8,16 40:14 43:16 44:3 47:1,13,14 49:13 50:1

**Career** 19:3,6,19 21:10

**caring** 60:23

**cars** 27:8 44:20 46:3 49:16, 19

**case** 8:18 9:12 10:8 11:17 25:17

**casual** 8:19

**cat** 57:24

**CCP** 5:7

**celebratory** 51:13

**cell** 34:1 37:1

**ceremony** 15:4,6,8 27:24 33:23 34:5,7,11 35:12 47:11 48:10 51:25

**Certified** 5:5

**chance** 11:6 48:15

**change** 11:10

**changed** 61:1

**chat** 64:2

**Chatsworth** 20:9

**check** 57:24,25 58:2,12

**children** 13:18 16:10,16

18:3 38:15,22 40:13 41:5 42:4

**choose** 10:4 11:20

**circles** 36:24

**city** 6:23 51:16

**claims** 20:3

**Claudia** 5:16 6:3 25:8 64:1

**clear** 9:7,9 39:6 45:5

**cleared** 38:24

**close** 16:20 18:11

**Code** 63:19

**coding** 19:8

**College** 19:3,7,19 21:11

**color** 28:15

**comfortable** 23:3

**comment** 11:20

**comments** 52:5

**commonly** 8:12

**communicate** 10:24 43:17 48:4 51:6 63:17

**company** 20:2

**complain** 48:23 49:7 51:2 52:2

**complete** 19:14

**completed** 19:12

**concluded** 35:4,12 47:11 51:19 52:1 64:5

**conclusion** 10:22 24:25 25:23

**confuse** 9:2

**confused** 9:14,24

**context** 6:24

**continued** 41:15

**conversation** 7:15 8:13

**conversations** 51:10

**convey** 53:2

**conveyed** 54:1

**copy** 63:20,22

**correct** 16:15 17:14 19:13 20:1,13 24:9,13 25:16,18,19 27:13,23 28:1 29:11,17 30:13 31:13 32:16 33:18 35:17 37:6,7,16,19,22 38:17,25 39:8,13,14 40:3,6 41:3,9,12 42:2,17,23 43:22 44:4,12,19,21 46:12,20 47:11,16 52:16 55:10 62:8,9 63:18,19

**correctly** 26:14 40:19 54:20

**counsel** 6:12 10:7 11:2 25:9 45:17 63:17

**country** 56:11,13,16 57:15 58:13

**couple** 10:23 21:9 43:1

**court** 5:6 7:16 10:18,23 63:14,15

**credibility** 11:22

**crowd** 38:23 39:6

**crowds** 42:4 48:16

**current** 12:20

**D**

**Daniel** 6:17 14:3,5 37:10 41:21 43:16 59:12

**date** 12:14 27:20 34:19 53:1 54:3

**daughters** 13:7 30:16 34:14 40:5 42:16 44:3,23 48:11 49:2 50:17 51:22

**day** 16:4,6 27:22 28:2 29:13 30:5,9,19 31:15 32:18 34:25 35:6 36:12 44:7 48:24 49:5, 9,16,19 50:23 51:3,7,24 52:3,6,7,10 53:4,11,15,24 55:11,12 62:6,8,18

**days** 56:17

**December** 12:15

**declared** 5:17

**define** 16:3

**deponent's** 63:22

**deposition** 5:11 6:7,8,24 7:3 8:4,15 10:3,24 11:11,15,

19 21:22,25 22:3,18,21,24 23:7,11,18,19 24:3 25:7 54:17

**depression** 59:1,24

**describe** 60:18 61:3 62:17

**device** 34:23 35:1

**difficult** 7:19

**diploma** 34:8 41:8,10

**directly** 63:22,24

**disabled** 53:14

**discussion** 23:6 32:6,10,19 50:21

**discussions** 48:20 55:23

**disperse** 42:4 48:16

**distracted** 46:25 47:1

**District** 63:15

**documents** 21:21

**dog** 57:25

**door** 28:18,19,24,25

**doors** 28:17,18,22 29:3 36:16 42:14 46:18

**double** 12:25

**drawing** 39:15

**drive** 32:17 50:20

**driver** 49:15

**driver's** 28:23 46:21

**drivers** 49:19

**driving** 30:9

**drop** 16:14 18:3

**dropped** 31:9,10,14 32:2,13 51:21 58:12

**dropping** 16:16

**drove** 28:3

**drugs** 12:7

**E**

E-L-S-I-E 17:8

**earlier** 36:12 44:17 54:17

Case 5:20-cv-01190-AB-SHK   Document 42-1   Filed 08/06/21   Page 24 of 53   Page ID
#:1322

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

**easier** 39:7

**eat** 16:23 50:13,16 55:9,16

**education** 18:24 19:18 21:10

**effect** 31:24

**efforts** 62:17

**elevator** 42:10

**Elsie** 17:6,7,11 38:8,12 62:8

**email** 63:25 64:1

**emailed** 63:22

**emotional** 35:6,10 58:22

**emotionally** 55:24 60:8

**employed** 19:21 21:14,16

**encourage** 11:23

**end** 9:7 38:6 41:16 62:14

**ended** 40:22 41:13,18

**ensure** 11:7

**enter** 30:18 36:12

**entered** 31:1

**entitled** 10:3

**entrance** 30:18

**errata** 63:23

**estimate** 14:9,14 30:7 47:25

**even-keeled** 61:14,19

**Evening** 30:2

**event** 51:13

**events** 8:24

**eventually** 39:19

**evidence** 39:10

**exact** 14:13 26:15

**EXAMINATION** 5:21

**examined** 5:19

**exit** 35:19,24 38:21 39:3,7 40:7

**exited** 40:2,4 42:5 44:22

**exiting** 40:12

**experience** 48:24 54:2 61:12,25

**experiences** 49:4

**expert** 25:22 60:9 62:4

**explained** 54:1

---

**F**

**fact** 11:13,25 23:25 26:18

**facts** 39:10

**fair** 9:25

**family** 36:18,24 37:6,15 38:9 41:19 43:11 49:21 51:1 57:3

**fashion** 11:22 49:8 53:8 55:2

**feed** 8:1

**feel** 12:8 23:3

**feeling** 55:24

**felt** 11:19

**filed** 23:20 24:20 26:4 54:8

**filing** 25:21

**finalize** 10:23

**finalized** 8:16

**finally** 50:7,9

**find** 31:7,12 37:8 44:1 62:18

**finish** 43:1

**finished** 35:14 38:6 47:12

**floor** 33:17 35:16 40:20,23 41:23,25

**focused** 31:25

**follow** 33:12

**forgot** 29:23

**formal** 8:17

**formed** 60:8

**forms** 26:25

**found** 37:20 41:24 43:25

**frequent** 16:9,19

**fresh** 46:6

**FRIDAY** 5:2

**front** 28:18,23 30:12,22 31:9,10 32:3

**full** 20:12

---

**G**

**Gabriel** 6:6

**gain** 49:21

**gas** 62:19

**gate** 29:4 30:25

**gates** 31:3

**gather** 32:25 36:2

**gave** 33:9,10

**gestures** 8:9

**give** 5:11 7:9,24 8:17 9:22 11:23 12:12 24:3 29:14

**God** 5:13

**good** 5:4,23 6:5 35:10

**graduate** 18:20 33:12

**graduated** 32:18 35:9

**graduates** 30:22 32:3,8,12, 25 33:4 34:7 35:23

**graduating** 27:22 31:25

**graduation** 27:6 29:13,22, 24 30:8 31:20 32:20 33:21, 23 34:2,19 35:4 37:15 38:4, 10,14 40:19,22 41:13 43:19 44:9 46:25 47:11,22 48:10, 18,21 51:11,15,25 52:14 53:1,5,18,20,23 54:3 55:5, 11 62:6

**Gray** 28:16

**great** 25:6 63:14

**ground** 6:10

**Group** 5:6

**Guatemala** 12:17,19,20 56:22

**guess** 26:17,18

**guys** 16:23 23:24

---

**H**

**Hailey** 13:9,14

**hand** 5:9

**handicapped** 52:15,24 53:14

**handle** 63:15

**happened** 26:10 35:12 38:18 48:14 49:22 50:23 51:6,23 52:6

**happy** 26:10 61:9

**Hashemi** 14:19,22 15:21 21:17 23:12 24:24 25:6,22 26:5 28:7 30:20 32:22 33:19 36:7,13 39:9 40:9 42:24 43:3 45:19,25 46:13 47:3,7 54:13 60:2,9,20 61:5,16,22 62:3 63:2,13,21 64:1

**head** 8:1,2,8,9

**heading** 43:16

**Health** 19:24,25 20:2,15,18

**hear** 9:16 15:24 27:15

**heard** 6:11 23:21,22

**hearing** 15:7

**held** 27:24

**high** 18:14,17,25 19:18

**holes** 31:2

**holidays** 16:4,17

**home** 20:6 50:10 51:19,21 55:14

**honest** 36:19

**honestly** 26:15 45:11 46:5 48:13 55:3

**hospitals** 20:4

**hour** 15:20

**hours** 12:8 33:22

**house** 15:20 16:12,13,25 22:8,14,18,25 23:11 29:12, 18 54:19,23 55:1,16

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

## I

**impact** 11:22 12:9

**important** 7:6,24 9:1 11:20

**impression** 60:8

**Including** 57:21

**individual** 6:17 61:14,20

**industry** 21:12

**information** 8:23 9:4 24:2 53:3 54:2

**inside** 37:13,17,21 38:15 39:20,25 48:11,16 49:4 50:23 52:3,7

**instructed** 32:25 35:18

**instructions** 33:9,10,11

**Interestingly** 11:9

**intermissions** 33:24

**internship** 21:5

**invited** 38:12

**Irwin** 5:22 6:6 14:21,24 15:23 21:18 23:13 24:10,15 25:1,13,24 26:7 28:8 30:24 32:23 33:20 36:9,15 39:11 40:11 43:1,4 45:16,21 46:14 47:5,9 54:14 60:3,10,21 61:6 62:5 63:4,11,14

**issues** 12:1

## J

**job** 20:14,17 21:4

**judge** 10:19 11:21

**JULY** 5:2

**jury** 10:19 11:21

## K

**kids** 16:11 28:5 37:10,20 41:20 43:16 48:4

**kind** 20:2 28:6 38:23 46:3 60:23 61:14,19

**knew** 15:1 35:24 46:10

## L

**L-E-I-V-A** 17:10

**late** 62:14,24

**law** 10:18 11:9

**lawsuit** 6:21,25 8:25 23:10, 16,20 24:2,5,9,14,20 25:21 26:4,13 27:1 63:1,6,9

**lawsuits** 54:7

**leading** 25:21

**learn** 56:18 59:7,9

**learned** 59:10

**leave** 29:18 50:9 57:4

**leaving** 40:12 56:15,19,22, 25

**led** 6:16

**left** 33:13 40:7,15 43:5,8 44:9 45:12 49:1 56:17 58:10,13 59:19

**legal** 24:24 25:22

**Leiva** 17:10,18

**Letty** 13:25

**level** 33:17 35:16 40:20,23, 25 41:2,23,24 42:2

**license** 46:21

**lifetime** 59:24

**lifts** 29:4

**listen** 7:16 9:21

**live** 13:5 15:16,18 17:21 18:1

**lived** 13:3

**locate** 37:6 38:18 41:22

**located** 19:4 36:5,11 38:14 41:20 51:17

**locating** 32:14

**long** 10:2 13:3 14:5,11 19:9 20:10 21:7 33:21 39:1,17 47:21,24

**looked** 46:10

**Los** 18:19 19:5 20:25

**lot** 30:25 31:2,5,16,19 42:21 43:24 44:25 46:3 47:21 49:3,8 50:1 62:21

**lunchtime** 29:21

## M

**M-** 13:11 21:2

**Madam** 61:16 63:14 64:2

**made** 11:18,25 52:9 62:18

**make** 7:12 9:11,15 11:13,16 12:2 28:9 33:12,13 52:5

**man** 60:23

**manner** 9:16

**marriage** 56:8

**married** 13:20,22 14:3,11 15:5,11 60:18

**Mary** 13:11 21:2

**matter** 10:6 63:23

**meal** 51:1,2,5,10,13,15,19 55:11

**meals** 18:9 55:16,20

**means** 8:2

**meant** 61:22

**medical** 19:8 21:6,12

**medication** 12:8 34:20

**meet** 15:10 29:12 32:25 37:9 39:20,24 43:18 62:11

**Melody** 13:9,16

**members** 36:18,25 38:9 57:3

**memory** 46:5

**mention** 48:20

**mentioned** 12:1 26:25

**message** 10:7

**met** 14:17 15:1,2 41:4 48:10

**mind** 7:4,19

**minute** 43:15

**minutes** 14:20 15:19,22,25 27:8 30:8 39:18 40:1 42:25 48:1,3 50:2

**missed** 57:14

**mistreated** 53:7

**mom** 16:18 23:23 34:12 43:11,13,19 56:10 59:10,16

**moment** 42:25

**Monge** 13:9

**month** 57:6,8,16

**months** 19:11 21:9 57:6 60:7,14

**morning** 29:21

**mother** 13:24 14:12 15:1, 10,16 16:1,6,9,17,21 18:1 21:14,24 22:9 23:25 28:5 30:11 32:10,19 37:25 39:19 43:17 46:15 49:11 50:22 51:9 52:5,10 53:18 54:5,18 55:13 56:4,7 57:15 58:10, 13,18 59:11 60:18 63:5,9

**mother's** 22:8 55:16

**Moti** 20:25 21:1,7

**move** 7:11 45:2

**moved** 39:1

**movies** 16:24

## N

**named** 6:17

**names** 13:8 17:5

**narrative** 60:20

**needed** 45:2 58:9

**needing** 11:25

**negative** 11:22 54:2

**nice** 60:23

**night** 30:1

**nodded** 8:1

**nods** 8:8

**noes** 8:18

**nonverbal** 8:3

**noon** 30:2,3

**normal** 8:13

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

**notice** 23:19

**noticed** 60:14

**notified** 24:2

**number** 13:1

**O**

**OAKS** 5:1

**oath** 10:15,17

**Objection** 23:12 30:20 32:22 33:19 36:13 39:9 47:3 54:13 60:20 61:5 62:3

**observe** 49:18

**obtain** 8:23 9:4

**occasion** 15:13 34:11

**occasionally** 16:2,3

**occasions** 16:18 57:23

**occupation** 21:11

**occurred** 52:11

**occurs** 9:13 54:19

**October** 27:21 52:1 53:2,17 62:6

**offer** 46:23 49:11

**office** 20:5,7,8

**Ontario** 6:23 27:13,25 51:3

**open** 29:10

**opens** 29:9

**opportunity** 11:4

**option** 25:6

**order** 7:3 63:20

**outgoing** 61:3

**overbroad** 23:12

**oxygen** 34:23 35:1

**P**

**P.M.** 5:2 14:23 45:20 64:5

**parents** 50:17

**park** 12:21 17:22 31:12 52:23 53:14

**parked** 42:22 52:15,21 53:10,24

**parking** 30:25 31:4,5,7,16, 19,21 42:21 43:24 44:24 46:2,24 47:2,21 49:3,8,25 53:14 62:21

**participated** 19:10

**party** 54:11

**passenger** 28:23 30:11

**past** 54:8,11

**paying** 32:1

**penalty** 5:17 10:18

**pending** 6:21 23:17

**people** 7:14 27:3 37:12 45:1

**perjury** 5:18 10:18

**permitted** 11:14

**person** 24:18 37:10 60:23 61:4,9,11,24

**personality** 60:19

**personally** 60:15

**phone** 10:6 34:1,4 37:2 43:21 44:13

**Physical** 20:25 21:2,7

**pick** 18:6

**picked** 29:16

**place** 27:3 31:12 32:24 33:14 35:18 36:1,21

**plan** 32:20

**point** 18:7 24:21 36:6 37:23 39:4 41:16 42:17 46:16 47:10,19 48:23 49:11 51:2, 5,25 52:6,14 53:17,23 62:10,21

**possibly** 9:8

**preparation** 21:21

**prepare** 63:16

**prepared** 12:11

**present** 55:20

**pretty** 26:2

**previously** 13:22

**prior** 15:10 21:10 23:19

**problems** 52:10 58:22

**proceed** 10:12 12:5,12 35:23

**proceeding** 6:11 7:6 10:22, 25

**proceedings** 64:5

**program** 19:9,14

**prove** 11:21

**pull** 46:23 47:2 49:12

**pursuant** 5:7

**pursue** 18:24

**put** 62:19

**Q**

**qualities** 60:24

**question** 7:8,11 8:25 9:10, 17,21,23 25:9,10,12 26:2,19 27:15 41:22 43:7 45:4 47:7 60:1 61:7,17 62:4

**questions** 7:25 9:1,4,8 11:1 12:4 43:1 59:16 63:12

**R**

**raise** 5:9

**ramps** 40:15,17

**reach** 37:4

**reached** 41:20

**read** 8:20 24:10,11 61:18,23

**ready** 10:11 45:17

**realize** 47:13 52:14,17

**reason** 10:5 12:11 22:17 43:6,9 44:24 45:10

**recall** 19:15,16 39:2 45:13 48:12 55:8

**receive** 34:4,8

**received** 41:10 51:3 52:3 53:4,19

**receiving** 23:19

**recess** 14:23 45:20

**recollection** 31:11

**record** 5:24 6:2 7:17 8:7 10:10,11 13:10 14:21,24 24:11 45:16,21 61:18,23

**recorded** 8:15 11:3

**regard** 62:13

**regular** 35:2

**regularly** 16:18 17:23

**relationship** 60:17

**remember** 29:14,19,25 30:6 31:2,7,20 45:11 46:5 48:13 50:19 51:18,23,24 55:6 57:5

**remotely** 5:1,7

**Repeat** 25:12 43:7

**rephrase** 9:17 25:9 45:4

**reported** 11:5

**reporter** 5:1,4,5 7:4,16 10:23 61:16 63:14,19,24 64:2,4

**Reporters** 5:6

**represent** 6:23

**request** 63:21

**require** 42:7,10

**required** 34:21

**reread** 61:17

**respect** 24:16 26:23 27:17 45:23,25 54:12

**respects** 32:20

**respond** 9:16

**responded** 9:23

**responding** 7:10

**response** 7:9 9:22 15:24 24:17 25:14 27:14

**responses** 7:25 8:4,7,8,14, 19

**restaurant** 50:14,21,25 51:16

**resume** 10:11 45:17

reunited 44:2

review 6:12 11:4,11 21:21

reviewed 11:8

rights 54:12

room 22:13,15

rules 6:10,12 7:4

rush 31:8,17

**S**

Sam 12:25

sat 33:15 48:17

satisfied 26:1

school 18:14,17,25 19:18

seat 30:11

seated 40:20 42:1

Section 5:7

sees 59:5

sense 7:12 9:11,15 12:2

separate 57:21,22

settlements 54:11

shakes 8:9

share 56:1

sheet 63:23

shook 8:2

Shorthand 5:5

showed 62:14,22

sibling's 17:15

siblings 17:1

side 28:22,23 29:7 36:5 46:3

sides 44:20 46:19

sign 11:6

significant 11:20

simultaneously 7:16

sister 38:3,4,7 39:22 44:5,7 48:5 62:7

sisters 13:13 17:4,21

sit 41:11

sitdown 50:14

sitting 30:11,14 34:16 41:23

situation 46:10

size 28:21

skip 25:3

sliding 28:18,19,22,25 29:2 46:18

solemnly 5:10

Sort 24:6

speak 7:7,14,20 9:12 21:24 22:2 31:5,15 37:23 45:22,25 48:16 49:15 52:20 56:4,7

speaking 7:9,18 48:6 49:18 59:11

specific 16:8 32:24

specifically 27:2

speculate 26:18

speculation 15:21 21:17 24:24 25:23 26:5 30:21 36:7 40:9 60:2

spell 5:24 6:1 12:23 13:10 17:7,17 21:1

spend 55:1

spending 54:25

spent 54:18 60:6,13,25 61:12 62:1

spoken 23:9 57:9 62:25 63:5,8

spot 46:24 47:2 53:14

staff 49:9

stage 34:8 41:1,2,7

stairs 32:3 33:2 36:11 40:23 42:7

stall 52:15,24

standing 36:21,23 38:22

started 21:5 22:22

state 5:10,23 6:1

stop 31:5 43:6,9 44:24 45:9 58:2,7

straight 35:22 41:20 42:13

straightforward 11:24 26:2

street 12:23

struggles 58:23

study 19:6

substantive 11:18

succession 7:11

suffered 58:25 59:24

suffers 59:3

Sullivan 5:6

Susan 5:4

Susie 24:10

swearing 5:6

**T**

talk 10:7 22:21 44:7 49:3 53:10,18,22

talked 53:13 58:18

talking 29:6 41:7 49:25

tasks 16:8

ten 14:10 15:19 39:18 40:1

tend 8:14

term 26:25

terms 11:4,5 15:15 43:12

terribly 10:2

testified 5:19 44:17 48:10 54:17

testify 12:9

testimony 5:10 11:6,10,24 12:12 16:6 47:6 60:9 62:4

text 10:6 58:6

therapist 59:5,14,17

Therapy 20:25 21:3,8

thing 45:12

things 8:9,12 16:8 54:22

thinking 20:21 53:16

third-party 20:3

THOUSAND 5:1

till 38:20

time 7:7,14 11:10 15:15 19:15 20:12,22 27:10 29:18, 22,24 30:4 31:18,19 32:5 37:25 39:17,19 44:22,23 45:7 46:16 47:19,23 48:9 49:11 52:2 53:17 54:18,21, 25 55:1,3,8 60:6,13,25 61:12,25

times 9:9 57:19 58:12

title 21:4

today 6:14 7:25 8:25 9:11 10:4,15 11:12,17,24 12:9,12 21:22 26:18 57:17,21

today's 10:22,24

told 36:1 56:20 58:16,21,25 59:3,5,15

Toyota 57:12,18,24 51:3 53:4,20 54:3

transcript 7:24 8:5,15,20 10:24 11:3,7,11,19 63:17

translate 8:4

treatment 51:2 52:2 53:3, 19

trial 11:18

Trippiedi 6:18 14:2,3,5,11 15:1,10,16 17:25 18:4,9,12 21:16 22:2,11 23:20 24:19 25:17 28:6 30:9 31:5,11,15, 21 32:6,19 34:12,20 37:20 38:15,23 39:7 40:4,13 41:4 42:3,16 44:2,23 45:23 46:7 47:14 48:6,11,17 49:2,3,12, 18 50:18,22 51:1,21 52:1,9, 20 53:2,19 54:1,8,10,19 55:13,20,24 56:5,8 57:16 58:13,21 59:23 60:7,14,17 61:3 63:1,9

Trippiedi's 26:13,23 29:12

trunk 29:2,6

truth 5:11,12,18 10:17

twins 13:12

type 15:7 34:9,20,23 50:14 51:13 58:22 64:1

typed 7:23 8:5

Deposition of
CLAUDIA URIBES

TRIPPIEDI V. CITY OF ONTARIO
July 02, 2021

**types**  7:5 51:9

**U**

**U-R-I-B-**  6:4

**U.S.**  63:15

**uh-huh**  7:2 8:13 44:14 45:8
50:4 59:20 61:15,21

**ultimately**  33:14 37:6 41:13
43:18

**understand**  8:6 9:1,13,18,
24 10:15,20 25:4,8,10 26:14
47:10 54:20 61:7

**understanding**  6:13 24:7
26:12,16 37:14 63:16

**understood**  9:23 40:19

**undertaken**  55:13

**unhappy**  61:11,24

**unsatisfied**  24:8,12,22
25:15,20

**upstairs**  32:14 33:7

**upwards**  29:10

**Uribes**  5:14,16 6:3,5

**V**

**V-**  12:24

**vague**  23:12 28:7 30:20
32:22 33:19 36:13 54:13
61:5 62:3

**van**  27:8,17 28:3,4,6,11,24
29:1,8 30:9 31:15,18,19
32:5,9 42:22 43:6,9,24
44:18,20,24 45:9,13 46:2,3,
18,23 47:17,18,22 49:12,16,
22 50:7 52:13,14

**Vassar**  12:21,24

**vehicle**  46:8 52:18 62:19

**vehicles**  45:2,3

**vendor**  20:3

**verbalize**  8:8

**verify**  11:7

**verifying**  11:5

**Victor**  12:24

**violations**  54:12

**visit**  57:3

**visits**  16:19

**W**

**wait**  36:1 39:1,17 47:21

**waited**  38:20 50:1

**waiting**  27:7 37:12 38:23
39:6 40:1 42:3 45:1 48:15
49:1,2,7

**walk**  34:8 40:15 42:13

**walked**  36:10,16 45:7 52:13
62:20

**walking**  36:20 42:19 43:5,8,
13

**watch**  16:9

**watches**  16:11

**wedding**  15:4,6,8

**week**  16:5 55:19 57:6

**weeks**  10:23 11:12 59:8

**whatsoever**  52:10

**wheelchair**  26:6,11,13,23,
24 27:2 47:18 49:13

**wheelchairs**  27:4

**whoevers'**  45:2

**work**  16:10 19:23 20:6,7,12,
14,17,24 21:7 58:3

**worked**  20:10

**working**  48:21

**write**  10:6

**written**  7:23

**Y**

**year**  18:22 19:16 20:11
28:13

**years**  13:4,15,17 14:6,7,8,
10,13,14,15,16 17:12

**yeses**  8:18

**younger**  17:12

**Z**

**Zoom**  8:1

**zooming**  22:17

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

EXHIBIT "B"

DEPOSITION OF

GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO

TAKEN ON

JUNE 25, 2021



THE SULLIVAN GROUP
OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM

PHONE 855.525.3860  |  323.938.8750

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 3

1           UNITED STATES DISTRICT COURT
2          CENTRAL DISTRICT OF CALIFORNIA
3
4   DANIEL TRIPPIEDI, an     )
    individual,              )
5                            )
         Plaintiff,          )
6                            )
    vs.                      )Case No. 5:20-cv-01190-AB-SHK
7                            )
    CITY OF ONTARIO, a       )
8   government entity; and   )
    DOES 1-10,               )
9                            )
         Defendants.         )
10  _____  )
11
12
13   REMOTE VIDEOCONFERENCE DEPOSITION OF GLENDY TRIPPIEDI
14       FRIDAY, JUNE 25, 2021, 2:08 P.M. PST
15
16
17
18
19
20
21
22
23
24    Reported by Elizabeth A. Willis-Lewis, CSR 12155
             Job No. 21-101023
25

---

Page 2

1           UNITED STATES DISTRICT COURT
2          CENTRAL DISTRICT OF CALIFORNIA
3
4   DANIEL TRIPPIEDI, an     )
    individual,              )
5                            )
         Plaintiff,          )
6                            )
    vs.                      )Case No. 5:20-cv-01190-AB-SHK
7                            )
    CITY OF ONTARIO, a       )
8   government entity; and   )
    DOES 1-10,               )
9                            )
         Defendants.         )
10  _____  )
11
12
13
14
15
16
17
18
19
20
21
22    REMOTE VIDEOCONFERENCE DEPOSITION OF GLENDY
23  TRIPPIEDI, commencing at 2:08 p.m. PST, Friday,
24  June 25, 2021, before Elizabeth A. Willis-Lewis,
25  RPR, CSR No. 12155.

---

Page 3

1   APPEARANCES:
2
3       FOR THE PLAINTIFF:
4       MANNING LAW
        BY:  BABAK HASHEMI, ESQ.
5       20062 SW Birch Street
        Suite 200
6       Newport Beach, California 92660
        949.385.6779
7       bhashemi@manninglawoffice.com
8
9       FOR THE DEFENDANTS:
10      CARROLL, KELLY, TROTTER & FRANZEN
        BY:  GABRIEL M. IRWIN, ESQ.
11      111 West Ocean Boulevard
        14th Floor
12      Long Beach, California 90801-5636
        562.432.5855
13      gmirwin@cktflaw.com
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 4

1                    INDEX
2
3   WITNESS:  GLENDY TRIPPIEDI
4
5   EXAMINATION                              PAGE
6   By Mr. Irwin                                6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 5

```
 1              INDEX TO EXHIBITS
 2  THERE WERE NO EXHIBITS MARKED FOR IDENTIFICATION.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

1    Q.  I represent the City of Ontario.  I am here to
2 take your deposition in the context of that lawsuit.  Do
3 you understand that?
4    A.  Yes, I do.
5    Q.  A deposition is a question-and-answer session.
6 We are not in court.  We don't have a judge here.
7    A.  Okay.
8    Q.  We are here to ask you questions about your
9 husband's lawsuit and about your involvement in the
10 events in question.  Okay?
11    A.  Okay.
12    Q.  I will try to be as clear as I can with my
13 questions.  I am not here to confuse you.  I am just
14 here to figure out what you may know and what you don't
15 know.  Okay?
16    A.  Okay.  No problem.
17    Q.  If I ask you a question that you don't
18 understand will you tell me that you are confused?
19    A.  Yes, I will say I do not understand that.
20    Q.  If you tell me that you don't understand I will
21 rephrase the question or I will ask a different
22 question.  Okay?
23    A.  Yes.  Perfect.  Yes.
24    Q.  If you answer me without telling me that you
25 don't understand I will assume you understood my

Page 6

1        FRIDAY, JUNE 25, 2021, 2:08 P.M. PST
2
3            GLENDY TRIPPIEDI,
4 having been first duly sworn, testified as
5 follows:
6
7        EXAMINATION BY MR. IRWIN:
8    Q.  Good afternoon.  Would you please state and
9 spell your name for the record?
10    A.  Yes.  Good afternoon.  My name is Glendy
11 Trippiedi, G-l-e-n-d-y, Trippiedi, T as in "Thomas,"
12 r-i-p-p-i-e-d-i.
13    Q.  Ms. Trippiedi, my name is Gabriel Irwin.  I am
14 an attorney.  You understand that?
15    A.  Yes, I do.
16    Q.  I am here to take your deposition.  Have you
17 ever given a deposition before?
18    A.  No, never; first time in my life.
19    Q.  So you are married, correct?
20    A.  Yes.
21    Q.  And your husband's name is what?
22    A.  Daniel Trippiedi.
23    Q.  Your husband has filed a lawsuit against the
24 City of Ontario.  Are you aware of that?
25    A.  Yes, I am very aware.

Page 8

1 question because you answered it.  Okay?
2    A.  Okay.
3    Q.  We have a court reporter here.  She
4 administered the oath to you at the start of the
5 proceeding.
6    A.  Yes.
7    Q.  She takes down or records everything that is
8 said during this deposition.  Okay?
9    A.  Okay.
10    Q.  So because she has to listen to everyone and
11 record everything that is spoken we cannot speak at the
12 same time.  Okay?
13    A.  Okay.
14    Q.  So while in the normal course of a conversation
15 you speak together, sometimes you speak over each other,
16 this is a very different situation.  We have to speak in
17 succession.  So I'll talk.  When I am done you can
18 answer.  When you are done I will ask another question.
19 Okay?
20    A.  Okay.
21    Q.  If I find that you are speaking over me I will
22 ask you to please wait.  I will not be doing that to be
23 rude or unkind.  It will be to assist our court reporter
24 as she tries to listen and type everything out.  Okay?
25    A.  Okay.

Page 9

1    Q.   We need verbal responses from you; no nods of
2  the head, no shakes of the head.  Okay?
3    A.   Okay.
4    Q.   Also, gesturing doesn't work in this situation
5  because the court reporter needs to type everything out
6  into a record or a transcript.  Okay?
7    A.   I understand.  Okay.
8    Q.   So give me formal yeses, nos, whatever the case
9  may be.  Avoid things you might commonly say like,
10 "uh-huh," or, "huh-uh."  Okay?
11   A.   Okay.
12   Q.   Also things like, "yeah," tends to be a bit
13 unclear.  So yeses, nos, formal responses are effective.
14 Does that make sense?
15   A.   Yes.
16   Q.   At the end of the deposition you will be given
17 an opportunity to review the transcript that the court
18 reporter will put together.  Everything that she types
19 up today becomes part of a -- what we call a transcript.
20 It will have my name, all my questions, your name, all
21 of your answers.  You will be given an opportunity to
22 review it and to look at your testimony as it is
23 recorded here today.  Does that make sense?
24   A.   Yes.
25   Q.   At the time you review the deposition you can

Page 10

1  actually change your answers if you so choose to.
2  However, any changes that you make I will be notified of
3  them.  And if you were a witness in this case at a later
4  date, should the matter ever go to a trial, I could
5  choose to comment on any changes you made to your
6  transcript after the fact.  That could impact your
7  credibility as a witness.  Do you understand that?
8    A.   Yes, I do.
9    Q.   Okay.  So do your best to give me your most
10 straightforward testimony today and you can avoid any of
11 those issues down the road.  Make sense?
12   A.   Yes.
13   Q.   You can ask for a break today.  I am going to
14 try to be quick so that we are not held up here too
15 long, but if you need to take a break for any reason
16 just let me know you would like to take a break.  I am
17 happy to give you as much time as you need to do
18 whatever it is that you need to do.  When you are ready
19 to resume you can let me know and we will start back up.
20 Okay?
21   A.   Okay.  Yes.
22   Q.   Do you have any questions for me before we
23 proceed?
24   A.   No.
25   Q.   So you understand you have taken an oath to

Page 11

1  tell the truth?
2    A.   Yes.
3    Q.   That carries with it the same penalty of
4  perjury as the oath you would take in a court of law
5  before a judge and a jury.  Do you understand that?
6    A.   Yes.
7    Q.   Have you taken any drugs, alcohol or medication
8  in the last 24 hours that you feel could impact your
9  ability to give your best testimony today?
10   A.   No.
11   Q.   Is there any reason you are not prepared to
12 proceed today?
13   A.   I am prepared.
14   Q.   Great.  Where are you currently located?
15   A.   I am in Guatemala right now, in my country.
16   Q.   Were you born there?
17   A.   Yes.
18   Q.   What year?
19   A.   1967.
20   Q.   And were you born in a specific city?
21   A.   Guatemala, capital Guatemala.
22   Q.   And what -- are you currently there visiting
23 family, friends?
24   A.   I came here because I have a will from my mom.
25 She passed away.  So I had lawyers represent me.  So it

Page 12

1  is related with my properties here in Guatemala.
2    Q.   Okay.  How often do you visit Guatemala?
3    A.   Last time was two years ago and this time I
4  came twice.  It was eight days and I came back for
5  emergency and I came back again for three days.
6    Q.   How long have you been out of the country so
7  far?
8    A.   How long have I been out of the country?  I
9  would say I came recently.  In the last two years I
10 travel and just recently now that -- I am here right
11 now.
12   Q.   How long do you plan on being there?
13   A.   I am planning to be here probably couple months
14 because, like I say, this is almost -- combination of
15 the will of my mother, of properties.
16   Q.   And you do intend to return to the United
17 States?
18   A.   Oh, yes.  Definitely, yes.  I have my life
19 there.
20   Q.   You live with your husband?
21   A.   Yes.
22   Q.   And where do you live?
23   A.   Do you want me say the address?
24   Q.   Yes.
25   A.   22311 Runnymede Street, Canoga Park 91303.

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 13

1    Q.   How long have you lived there?
2    A.   Since 2011 until now.
3    Q.   Who lives there with you?
4    A.   Just my husband and myself.
5    Q.   Do you have any children?
6    A.   Yes, I have three children.
7    Q.   What is the oldest -- what is that child's
8  name?
9    A.   The oldest is one is Claudia Uribes.
10   Q.   Can you spell the last name?
11   A.   U-r-i-b-e-s.
12   Q.   How old is Claudia?
13   A.   Claudia is 34.
14   Q.   And your middle child?
15   A.   Well, I have twins.
16   Q.   Oh, wow.
17   A.   Yes.  Thank you.  They are 32.
18   Q.   And what are their names?
19   A.   Astrid Leida and Elsie Leida.
20   Q.   You will have to spell that for the reporter.
21   A.   The last name is L-e-i-d-a.
22   Q.   The first name is -- you said Ashley?
23   A.   The first name is Astrid, A-s-t-r-i-d.
24   Q.   A-s-t-r-i-d?
25   A.   Yes, Astrid.

Page 14

1    Q.   Okay.  And then the other twin's name?
2    A.   Elsie, E-l-s-i-e.
3    Q.   Same last name?
4    A.   L-e-i-d-a.
5    Q.   And how old are your twins?
6    A.   They are 32.
7    Q.   Okay.  No other children?
8    A.   No, just three.
9    Q.   Do you have any prior marriages?
10   A.   Yes, I did have one.
11   Q.   Okay.  And when did you -- well, how did you
12  meet Mr. Trippiedi?
13   A.   We met in the Ralph's market on the corner
14  actually where we was living close by.
15   Q.   You met at a market?
16   A.   In a market -- in Ralph's, yes.
17   Q.   Okay.  And what you said -- did you get married
18  in 2011?
19   A.   No.  We met that year, 2011, and since that
20  time we live together then we got married.
21   Q.   Okay.  When did you move in together?  2011?
22   A.   As soon as we met and then we [sic] move right
23  away with him.  And so since we met we have been
24  together and then we got married after two years.
25   Q.   What year did you get married?  2013?

Page 15

1    A.   Yeah.  After two years, yes.
2    Q.   Have you ever been separated?
3    A.   No, never.
4    Q.   And not divorced?
5    A.   Not divorced, no.
6    Q.   In terms of your background, did you attend
7  high school?
8    A.   Yes, high school in my country.  I graduate in
9  my country.  I did college six months of psychology at
10  the college, then I came -- I went to California.
11   Q.   When did you graduate high school?
12   A.   1986.
13   Q.   Okay.  And you did six months of college in
14  Guatemala?
15   A.   Yes.
16   Q.   And then you --
17   A.   Then I didn't finish.  I didn't finish.  Then I
18  came back.  I decide to come -- to travel to California
19  and my mom was living in California.
20   Q.   Okay.  When did you travel to California?
21   A.   1987, I guess.
22   Q.   And have you lived in California since then?
23   A.   Yes.  Yes.
24   Q.   And did you complete any further education upon
25  coming to California?

Page 16

1    A.   The only one I did was two years in West Valley
2  Occupation Center for computer literacy and I graduate
3  from that.  And just that.
4    Q.   And did you complete the West Valley
5  Occupational Center program?
6    A.   Yes.  It was two years.
7    Q.   And what year did you finish that?
8    A.   I don't remember exactly.
9    Q.   It is not important.
10   A.   My son was like four years old.
11   Q.   Are you currently employed?
12   A.   No.  I am disabled right now.  I am a
13  housewife.
14   Q.   Did you say you are disabled?
15   A.   Yeah.  I am cleared 50 percent from a car
16  accident that I had.
17   Q.   When were you in a car accident?
18   A.   2019 -- 2018.  Sorry, '18.
19   Q.   And you were injured in that accident?
20   A.   Yes, shoulder -- rotator of shoulder cuff
21  surgery and my neck.  My disks are disabled -- are like
22  not okay.
23   Q.   Okay.
24   A.   My neck and my shoulder have a serious problem.
25   Q.   And so you have not worked since the car

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 17

1 accident?
2    A.   Yeah.  I have not worked.  I went to Workers'
3 Compensation.
4    Q.   Prior to the car accident were you employed?
5    A.   Yeah.  I was working as a nanny in Calabasas.
6    Q.   And were you working for a family?
7    A.   Yes, a family -- a lawyer, actually.
8    Q.   And how long did you work as a nanny for that
9 lawyer?
10   A.   Oh by that time it was probably like I had six
11 months that I worked on and off with her I was working
12 on and off for her.
13   Q.   Okay.
14   A.   I recently came back to work for her and the
15 accident happened.  It wasn't my fault.
16   Q.   Other than working as a nanny have you held any
17 other jobs --
18   A.   No.
19   Q.   -- over the last 10 years?
20   A.   No.
21   Q.   I asked you at the start of the deposition
22 whether you were aware that your husband had filed a
23 lawsuit against the City of Ontario.  Do you recall
24 that?
25   A.   Yes.

Page 18

1    Q.   How did you first come to know about this
2 lawsuit?
3    A.   Well, my husband gave me the comment about it.
4 He is very affected about this situation and it affects
5 myself too.
6    Q.   Did he tell you that he was going to file a
7 lawsuit?
8    A.   Yes.
9    Q.   Okay.  And what do you understand the lawsuit
10 to be about, Ms. Trippiedi?
11   A.   Must follow the rules, the lawyers -- a claim
12 or dispute was the court involved adjust --
13 adjudication.  I am sorry.  I can't pronounce this
14 word -- and follow the law.  What I understand, he had
15 to hire the lawyers to do this.
16   Q.   Does the lawsuit, to your understanding, relate
17 to a specific event or occurrence?
18   A.   Yes.
19   Q.   What event does it relate to as far as you
20 know?
21   A.   Oh, what happened the day of the graduation
22 with my granddaughter, the Toyota arena.
23   Q.   What day was that graduation?
24   A.   It was October 2019.
25   Q.   Prior to the graduation had your husband ever

Page 19

1 filed any lawsuits against any other restaurants or any
2 other companies, any markets, anything like that?
3    A.   I'm really not involved in his business.  He
4 always keep privacy, so I really -- I am not sure about
5 that.
6    Q.   Okay.  So you don't know whether your husband
7 has filed any other lawsuits other than the one that we
8 are here on today?
9    A.   I don't know because I don't involved in his
10 law or business.  He keep it private.  He has his own
11 office.  I don't really know.  I don't know.
12   Q.   Got it.  Prior to the graduation that you
13 attended -- you attended the graduation?
14   A.   Yes.
15   Q.   Prior to that day had your husband ever had any
16 problems with depression to your knowledge?
17   A.   No.
18   Q.   None whatsoever?
19   A.   No, none whatsoever.  He does have now since
20 that day.
21   Q.   Prior to your graduation that you attended did
22 your husband have any type of issues with anxiety?
23   A.   Once this incident happen at the Toyota arena
24 he doesn't want to go out anymore with me.  He is
25 traumatized I guess from this situation and he feels so

Page 20

1 embarrassed and ashamed of what happened.  And he
2 doesn't want to go out with me.  And he goes to
3 psychology twice a week.  And it does really affect me.
4 That is why I am in Guatemala trying to distract myself
5 to do some other things.  Because before we used to go
6 out a lot, go concerts and dinners and with family.  He
7 doesn't like to do this no more, since the incident he
8 is very, like, negative about it.  He say, "No, I don't
9 want to have another drama.  I don't want to go out."
10 So that affects me a lot.
11   Q.   I am just going to move to strike the answer as
12 non-responsive.
13        My question was, prior to the graduation that
14 you attended did your husband ever have any issues with
15 anxiety?
16   A.   Not before.
17   Q.   Prior to that graduation did your husband --
18   A.   Yes.
19   Q.   -- did your husband ever have any psychiatric
20 issues whatsoever?
21   A.   No.
22   Q.   And on October 20th of 2019, who was it that
23 graduated from your family?
24   A.   It was my daughter, my two granddaughters, my
25 husband and myself.

Page 21

1   Q.   Your daughter Claudia graduated?
2   A.   Yes, my husband and my two grandchildren.
3   Q.   They went with you to the graduation?
4   A.   Yes.
5   Q.   What are the names of your grandchildren?
6   A.   Hailey Montes and Melody Montes [sic].
7   Q.   Okay.  And the graduation was on what date,
8 ma'am?
9   A.   October 20, '19.
10  Q.   And who drove to the graduation that day?
11  A.   My husband.
12  Q.   And who was in your car?
13  A.   My daughter, Claudia, and my two grandchildren,
14 Hailey and Melody, and myself.
15  Q.   What kind of car does your husband have?
16  A.   Chrysler.
17  Q.   A van?
18  A.   It is a van, yes.
19  Q.   Okay.  And the graduation was at the Toyota
20 arena?
21  A.   Yes.
22  Q.   Okay.  What time did you arrive at the arena?
23  A.   Oh, I can't remember exactly the time.
24  Q.   What is your best estimate?
25  A.   It was early in the morning.  In the morning, I

Page 22

1 guess.
2   Q.   Like 6:00 a.m.?
3   A.   I am not sure the time.
4   Q.   What is your best estimate?
5   A.   Oh, I can't remember.  It was in the morning.
6   Q.   Okay.  What freeway did you take to get there?
7   A.   Oh, I don't remember.  I am not good on
8 directions.  I am really bad.
9   Q.   Okay.  What street did you get off on to get to
10 the arena?
11  A.   I don't remember.
12  Q.   What street did you enter the arena on?
13  A.   Don't remember.
14  Q.   What's the first thing that happened upon your
15 arrival at the Toyota arena on October 20th, 2019?
16  A.   In the entrance there was a person saying,
17 "Welcome," and directing the traffic inside the parking
18 lot.  So they point to us, just go straight.  So we went
19 straight.  And all the way in the end there was a
20 parking lot of the handicap area.  It was totally
21 blocked.  So my daughter say, "Let me get out here while
22 you guys find a parking space."  She get out from the
23 car.  So then there was another person directing the
24 traffic.  We asked, "Where can we park?  All this is
25 blocked."  He said, "Just park on this side."  He point

Page 23

1 to where everybody parks.  It wasn't in the handicap
2 part.  So we parked -- there was not much cars because
3 we came very early.  So we park there far away and they
4 -- we couldn't use the elevator because all the
5 handicapped was blocked.  So I --
6   Q.   Let me stop you there.
7   A.   Okay.
8   Q.   You dropped your daughter off?
9   A.   Yes.
10  Q.   And there was a person there that was working
11 that spoke with you at that time?
12  A.   Yes.  They were directing the traffic inside
13 the parking lot -- the guys working there in the parking
14 lot.
15  Q.   And he told you to drive straight to a parking
16 lot?
17  A.   Yes.
18  Q.   And to park in that lot?
19  A.   To drive straight and I will find a parking lot
20 of the handicap, but it was blocked -- totally blocked.
21 All that side was blocked.  So we asked the next guy,
22 "Where can we park?"  So he just point to us where
23 everybody park.  And he say, "Sorry.  We don't have any
24 available -- any handicap park."  It was blocked.  So we
25 park far and then we went inside.  I was pushing, like,

Page 24

1 half in the hill going up because the elevator -- we
2 couldn't use it either.
3   Q.   Let me -- can I stop you?
4   A.   Sure.  Yes.
5   Q.   So after your daughter got out of the car you
6 asked the gentleman working in the parking lot where you
7 should go?
8   A.   Yes.
9   Q.   And he told you to go straight?
10  A.   That was when we got inside.  They just direct
11 us to go straight.  The second --
12  Q.   The --
13        (Simultaneous colloquy.)
14  Q.   Listen to my question.  After you dropped your
15 daughter off you spoke with this gentleman and he told
16 you to drive straight to a different parking lot.  Is
17 that right?
18  A.   Yes.  He just say, "Just park where everybody
19 parks.  I am sorry.  There is no other parking --
20 handicap available."  So we follow the directions and we
21 just park where everybody parks -- regular parking.  So
22 then we went upstairs -- pushing up because it is like a
23 ramp.  And I was wearing my boot because I was disabled
24 temporarily.  And I was wearing my boot and I was
25 pushing my husband on the ramp.  As soon as we approach

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 25

1 there inside, the handicap was there in the back -- all
2 the way in the back. So we went through there. Then
3 there was -- the lady came in and said, "Oh, you can't
4 be here." I say, "Why not? My husband is in a
5 wheelchair and I am wearing a boot. I am temporarily
6 disabled too and I have to be next to my husband. He
7 needs sometimes helps with the medications." So she
8 said, "No, you cannot be here." So my husband says,
9 "Can you call the manager?" So she say, "No problem."
10 So then she say, "We have a troublemaker." And we were
11 just very embarrassed about that, very ashamed -- people
12 staring at us. So the manager came and she say, "Yes,
13 you can't be here." So they direct me to go sit in the
14 third row down below with my grandchildren. And my
15 husband --
16    Q.   Let me stop you.
17    A.   Sure. Yes.
18    Q.   I am trying to take this one step at a time in
19 the interest of getting this over with sooner rather
20 than later.
21    A.   Yes.
22    Q.   So I am going to rewind and take you back to
23 after you dropped your daughter off. Okay?
24    A.   Okay. Yes.
25    Q.   You -- after dropping her off you drove to the

Page 26

1 parking lot where you ultimately parked the van; is that
2 right?
3    A.   Yes.
4    Q.   Did you speak with anyone working in that lot
5 prior to parking?
6    A.   Yes.
7    Q.   And what did that person tell you?
8    A.   She just -- he just point to the right side and
9 say, "Just park. There is a lot of parking spaces
10 available. Just park in any of this side," he say. I
11 say --
12    Q.   Did you ask -- did you ask that person whether
13 there was any handicapped spots available?
14    A.   Yes, we did ask for that. And he say, "Sorry.
15 There is nothing available. Just park in this area."
16 He point where everybody parks. So we --
17    Q.   So it is your testimony -- it is your testimony
18 that somebody working in the parking lot told you --
19    A.   Yes.
20    Q.   -- there was no handicapped parking available
21 in the entire arena; is that right?
22    A.   Yes, that's right. Yes.
23    Q.   So you parked the car and then you --
24    A.   Yes.
25    Q.   -- started walking to the arena entrance; is

Page 27

1 that right?
2    A.   Yes. And there was a ramp that I had to push
3 my husband with my boot -- with broken ankle and pushing
4 him.
5    Q.   How did you break your ankle?
6    A.   Because I have an accident.
7    Q.   From the car accident?
8    A.   Previously I have an accident and I was wearing
9 my boot because I had a broken ankle. I had bone spur
10 and broken ankle.
11    Q.   Did you break your ankle in the car accident?
12    A.   No. That was a bone spur. I have a problem
13 with my foot so I was wearing the boot by that time.
14    Q.   So you and your granddaughters and your husband
15 went up the ramp to the arena entrance?
16    A.   Yes.
17    Q.   And you got through the entrance, correct?
18    A.   Yes, that's correct, to the main entrance --
19 the ramp.
20    Q.   And then you went to the disabled seating area;
21 is that right?
22    A.   Yes, that's correct.
23    Q.   Hold on.
24    A.   Yes.
25    Q.   When you got to the disabled seating area was

Page 28

1 there an attendant working there?
2    A.   Yes.
3    Q.   And did you speak with the attendant?
4    A.   Yes.
5    Q.   Was this a male or a female?
6    A.   A male. A female. Sorry.
7    Q.   And did you ask whether you could all sit
8 together in the disabled area?
9    A.   Yes. She say that we can't be there together.
10    Q.   Did she say none of you could be there or only
11 one of you could be there?
12        MR. HASHEMI: Objection. Leading.
13        THE DEPONENT: Excuse me?
14        MR. HASHEMI: You can answer the question.
15 That was just an objection.
16        THE DEPONENT: Yeah. She just said, "You guys
17 can't be here." So I say, "Well, my husband -- he is in
18 a wheelchair." And she said, "Well, you can't be with
19 the kids sitting there." So my husband said, "But I
20 need her to be here. She is disabled right now. So she
21 is" -- and my husband said, "Can you call the manager?"
22 So she called the manager and she say, "We are having
23 troublemakers," and that was very offensive.
24    BY MR. IRWIN:
25    Q.   Did the manager come over and speak to you?

Page 29

1    A.   Yes.  And the first thing -- and they talk to
2  each other and she say -- and then she say, "No, you
3  can't be here sitting with the kids unless you can put
4  them in your lap," she say.  So the only one, say, "No,
5  you can sit here in the third row down below.  Can you
6  actually come and sit in the third row down below,
7  please?"  So I went and sat there with my grandchildren
8  and my husband has to sit and stay there by himself.  So
9  I was very uncomfortable going back and forth, checking
10 on him, and sitting next to my grandchildren.  It was
11 very disappointing because we couldn't enjoy the
12 graduation really.
13   Q.   So you sat with your grandchildren and your
14 husband sat in the disabled seating area?
15   A.   Yes, that is what happened.
16   Q.   How long was the graduation?
17   A.   Oh, I don't remember exactly how long was this
18 event.
19   Q.   Was it an hour?  Was it five hours?
20   A.   No, no five hours.  I don't remember exactly
21 the time.  Couple hours, maybe three hours -- two, to
22 three hours.  I don't remember exactly.
23   Q.   During the ceremony did you go and check on
24 your husband at any time?
25   A.   Yes.

Page 30

1    Q.   How many times?
2    A.   Like three times.  I went to check on him and
3  keep turning my head and saying, "You okay?"  And he
4  say, "I am fine.  I am fine."  I said, "Are you taking
5  the medications?"  "I am fine."  I was just worried
6  because sometimes he can't breathe well.  His oxygen
7  isn't well also.  I always keeping on him my eye.  So we
8  always sit together everywhere we go.  So --
9    Q.   What medications were you worried about him
10 taking?
11   A.   His oxygen because he use the oxygen and he
12 takes medications.  He needs to -- I carry them for him
13 sometimes.  And so I always assist him with whatever --
14 his biggest problem is he can't breathe well.  His
15 oxygen doesn't go through.  So I have to remind him to
16 breathe and use the machine, portable oxygen, and remind
17 him to take his medications.
18   Q.   What portable oxygen are you referring to?
19   A.   It is -- it is like a portable that he use.
20   Q.   Is it an oxygen mask?
21   A.   No.  It is sprayed with the mask.  He uses
22 sometimes and then we carry it when we go out because he
23 has to breathe and it is hard for him.
24   Q.   Is it for asthma?
25   A.   No, it is oxygen.  It helps him breathe better,

Page 31

1  yes.  And he has his medications, so I keep reminding
2  him.  So...
3    Q.   Other than the oxygen what medications did you
4  need to assist your husband with?
5    A.   Yeah, I need to remind him to take his
6  medication.  Sometimes he takes his medications the
7  doctor prescribe.
8    Q.   What medications did he need to take during the
9  graduation?
10   A.   Oh, sometimes he forgets to take -- he is
11 supposed to take -- the Tramadol medication he takes for
12 his pain.  I have to remind him.  Sometimes he forgets.
13 I always sit next to him.  This time they separate us
14 and I was going back and forth, check on him, but it was
15 very uncomfortable not being next to him.
16   Q.   Was your husband able to take the Tramadol
17 during the graduation?
18   A.   Yeah.  I have to remind him to do it, you know.
19 I just throw my hands and say, "Don't forget to take
20 medication."  He say, "Thank you for reminding me."  He
21 took it.  So -- but it was very stressful for me
22 because, like, keeping an eye on somebody that needs my
23 help.  You understand?
24   Q.   No, I don't really understand.
25   A.   Well, that's very hard for me.  People don't

Page 32

1  understand when it is -- somebody in a wheelchair has a
2  lot of issues probably.  They need help, you know.
3    Q.   Well, I am trying to ask -- I am trying to ask
4  questions to try to understand.  So he needed help with
5  the oxygen and the Tramadol medication; is that right?
6    A.   Yes.
7    Q.   And what other help did he need?
8    A.   For that moment that was the only thing.  You
9  know, there is many other things that I can say because
10 this isn't at home.
11   Q.   Okay.  And so he got through the graduation,
12 correct?
13   A.   Yes.
14   Q.   And after the ceremony ended did you walk up
15 and meet him in the disabled seating area?
16   A.   Yes.  He wait for me where he was sitting and
17 we got together.  I get out of there, roll him down
18 below.  So we walk together and it was too crowded of
19 people.  So it was just me and I make space for me and
20 my grandchildren.  We went down to the car and we
21 couldn't find my daughter.  So we walk to see if we can
22 see all the way -- and went to parking lot that -- we
23 couldn't see anything.  We roll back over.  Finally we
24 saw her.  We went to the car and the car was blocked
25 both sides because it was packed.  It was packed.  And

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 33

1  so we have to wait probably like almost a half an
2  hour -- between 20 minutes to 30 minutes to wait for
3  somebody to move the cars.  So finally somebody came to
4  the right side -- the left side from the driver where my
5  husband was able to -- can move -- my husband was able
6  to get into the car.  So he pull out the car for us to
7  get into the car because the other car was blocking the
8  other side.
9      Q.  Does your husband have to enter the van through
10  a sliding door?
11      A.  Sliding door?
12      Q.  Yes.
13      A.  He goes -- he drive.
14      Q.  I know.
15      A.  He drive.  He get into the passenger and then
16  he put the car -- the car finally moved from the left
17  side of the driver and he was able to get inside and put
18  his wheelchair in the back.  So then he pull out the car
19  so we all got into the other side.
20      Q.  Okay.  Let's back up for a second.  After the
21  graduation ended you and your husband and your two
22  grandchildren left the arena, right?
23      A.  Yes.
24      Q.  And you said that you went down to your car; is
25  that right?

Page 34

1      A.  We went down and looked for my daughter first.
2      Q.  Okay.  You were looking for your daughter?
3      A.  Yeah.  It was so hard to find.  It was so much
4  people, he was -- he couldn't even wheel hisself [sic]
5  so much traffic of people going in the other direction.
6      Q.  So it was very crowded?
7      A.  He was proud of my daughter to graduate, yes,
8  but he was -- it was too crowded for him to wheel.
9  Because it was too far where the people -- the
10  graduation coming out.  So my daughter came from the
11  other side.  We were next to the handicap.  She came out
12  from there.  So that side that was coming out -- so we
13  went and look for her and we couldn't find her.  So
14  finally we scream at us.  She came.  So we all walked
15  to the car.
16      Q.  So finally you were able to find your daughter?
17      A.  Yes, and then we was able to get into the car
18  after half an hour of waiting.
19      Q.  You walked to the car with your daughter?
20      A.  Yes.
21      Q.  And when you got to the car there were -- it
22  was blocked on both sides?
23      A.  Yes, it was blocked.  There was a lot of
24  people.
25      Q.  Do you have a driver's license?

Page 35

1      A.  Yes, I do.
2      Q.  Did you offer to get in the car and back it out
3  so your husband could get in?
4      A.  No, because -- no, none of us could do it
5  because the two cars was blocking the -- you couldn't
6  even open the door.  It was too close.  So we have to
7  wait.  Somebody goes from one side -- so the first side
8  came -- the car came and the guy -- 20, 25 minutes
9  approximate that guy who came was still in the driver's
10  side with my husband.  So he say, "This guy leaving now.
11  I can get inside.  We will -- get in the car with my
12  wheelchair.  I pull out so you guys can get in the car,"
13  because it was -- both sides was very close to the car.
14  You couldn't even -- not even myself could get inside
15  the car to move -- move the car.
16      Q.  Does your daughter Claudia have a driver's
17  license?
18      A.  Yes, she does.
19      Q.  Did she offer to pull the car out so you could
20  all get in?
21      A.  Because nobody can drive the car.  It was
22  blocked both sides.
23      Q.  What kind of van is it?  You said it is a
24  Chrysler?
25      A.  It is a Chrysler.  I don't remember exactly the

Page 36

1  car -- Chrysler.
2      Q.  How many doors does it have?
3      A.  It has two slide doors, electric, and it has
4  the -- he removed the seats.  He had removed the seats
5  behind his, the drive -- the driver's side, the back --
6  the seat has been removed for years forever.
7      Q.  Okay.  So the car has two sliding doors?
8      A.  Yes, and two doors in front.
9      Q.  They slide backwards not outwards, correct?
10      A.  No.  They slide just a slide normal.
11      Q.  So you were unable to access the car even
12  through the sliding door?
13          MR. HASHEMI:  Objection asked and answered.
14          THE DEPONENT:  It --
15      BY MR. IRWIN:
16      Q.  Does the van have a rear door?
17      A.  The van has -- it is electric.  The doors
18  are -- the both sides are automatic.  You push a button
19  and it is automatic.
20      Q.  But how about in the back?  Is there a lift
21  gate?
22      A.  No, there is no lift.  It is just -- it opens
23  the back, that's it.  There is no way he can get in the
24  back, no.  It's not designed for handicap.  He just
25  removed the seats.

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 37

1    Q.  I am just trying to understand.  The car has a
2  door on the rear on the back?
3    A.  Yes.
4    Q.  That goes up, correct?  It opens?
5    A.  No.  The door -- this is a regular van.  My
6  husband -- he create, like, a two -- adjust it for him
7  to drive.  It is a normal van.  He just remove the back
8  seat.  So he always use the -- since he bought the car
9  he remove the back seat and he has -- he pulls it -- he
10  does -- he puts it -- once he is sitting he can put his
11  chair himself.  He is --
12    Q.  That is not my question.  My question is very
13  simple.  Is there a door on the back of the van?
14    A.  No, there is not a door.  It is a -- how you
15  call it (indicating)?  It opens and closes and you can
16  put in the groceries.
17    Q.  Okay.  So there is a -- there is a hatch or a
18  lift gate on the back of the van?
19    A.  No.  There is no access for him to get in
20  through the back.
21    Q.  I am not asking about him getting into the
22  back.
23       MR. HASHEMI:  Glendy, what I think Counsel is
24  trying to ask is, is there a way that one of you guys
25  could have popped the trunk and climbed into the car in

Page 38

1  some way and tried to get the car out so that -- and in
2  the midst of all this your husband could get into the
3  car given that he was denied access to handicapped
4  parking.
5       THE DEPONENT:  No, there was no way to do that.
6  No, impossible.  I have my boot, no.
7       MR. HASHEMI:  Thank you.
8  BY MR. IRWIN:
9    Q.  So your daughter didn't offer to climb in
10  through the back to pull the car out?
11    A.  No.
12    Q.  Okay.  That would be impossible?
13       MR. HASHEMI:  Calls for speculation.
14  BY MR. IRWIN:
15    Q.  Okay.  So you waited a little bit, 20 to 30
16  minutes, and then you left?
17    A.  Yes.
18    Q.  Okay.
19    A.  And that was it.
20    Q.  Have you been back to the Toyota arena since
21  then?
22    A.  No.  I don't even go out to restaurants
23  anymore.  I can't enjoy my husband taking me out,
24  enjoying dinner.  It is not the same.  All he thinks is,
25  "I have to go to my psychology twice a week," and

Page 39

1  doesn't want to go out.  He send me to go get some food
2  if I want, but it is very depressing for me.  This
3  affect me a lot.  He was already disabled and this
4  traumatize him more, you know.
5    Q.  Does he ever talk to you about why he feels
6  depressed?
7    A.  He traumatized.  He say he feels traumatized
8  for this situation.  He has a fear.  To me he has a fear
9  that it is going to happen anywhere we go.  That is the
10  humiliation that he had.
11    Q.  Okay.  You said -- did you say you think he has
12  a fear that the discrimination will happen wherever he
13  goes?
14    A.  Yes.  Yes.
15       MR. HASHEMI:  Misstates prior testimony.
16  BY MR. IRWIN:
17    Q.  And has he told you that or that is your
18  impression?
19    A.  Well, my impression -- and he say that he
20  doesn't want to go out.  He say that and I have -- I
21  know that he doesn't like to go.  He say, "No, I don't
22  want to go out," because he can't have -- something else
23  can happen again, that discrimination with me.  So to me
24  he is traumatized.  He wasn't like that.
25    Q.  Okay.  So do you ever go out to dinner anymore?

Page 40

1    A.  No.  No.
2    Q.  Never?
3    A.  No.  Since that day it is not the same.  He is
4  just thinking about going to the psychology.  He has
5  depressed me so much.  No, we can't go no more.
6    Q.  Since the graduation on October 20th of 2019,
7  have you ever been out to dinner with your husband?
8    A.  No.
9    Q.  Not once?
10    A.  Not once.  Not even once.  Not that I can -- he
11  has a fear that somebody is going to discriminate him --
12  discrimination to people disabled and it thoroughly
13  affect me.
14       MR. HASHEMI:  Can we take a break?  The witness
15  is sobbing right now.  So let's give her time.
16       MR. IRWIN:  Of course.  Let's go off the
17  record.  Take 10 minutes.
18       THE DEPONENT:
19       (Off the record.)
20  BY MR. IRWIN:
21    Q.  Ms. Trippiedi, are there activities that you
22  enjoyed participating in with your husband before the
23  graduation that he no longer is interested in doing?
24    A.  Yes.  Going out to dinner every Saturday or
25  Friday and getting tickets for concerts, going for --

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 41

1 going for -- to get -- for gardening, places where they
2 have gardening. He loves -- he has his own plantations
3 [sic] in the backyard. He grows organic stuff. So we
4 used to go to the places for that too. And this is
5 the -- family, he doesn't even do that anymore. He is
6 very much -- he changed so much. He -- like, he just
7 stay to himself. "Let's just stay home," and working
8 his backyard with his garden, plants and he doesn't want
9 to go out no more. We used to go out a lot. And no
10 shopping together -- he doesn't even do that. He
11 doesn't want to do that. He just order food. So very
12 hard on me because I am younger than him, so I feel like
13 going out more than him. But he used to go out too, but
14 not after this accident.
15    Q.   You were born in 1967?
16    A.   Yes.
17    Q.   What is your -- what is your date of birth?
18    A.   4-21-67.
19    Q.   How much younger are you than your husband?
20    A.   I am 54. He is 69.
21    Q.   So a 15-year difference?
22    A.   Yes.
23    Q.   How often would you go out to dinner with your
24 husband before all this?
25    A.   Every Saturday or Sunday.

Page 42

1    Q.   Once a week?
2    A.   Yes. Every Saturday or Sunday we all would
3 compromise to do something, going out. See a concert,
4 go see comedies or going out to dinner and these
5 places -- or order tickets to go see concert. Like
6 Elton John, we went to. We always having something to
7 do fun. That was all the time, but in the week he was
8 not doing anything. He was working. So not anymore.
9 Not anymore, I am telling you now.
10    Q.   Was -- your routine was to go at least once a
11 week on a regular basis?
12    A.   Yes, once or twice a week. Like the weekend --
13 spend the weekend was the only time he had for me. He
14 was busy, occupied on other things. Still -- not
15 anymore. None of that. Just he -- all he is saying, "I
16 go to my psychology." I say, "Have dinner with me. We
17 are going out." "No, no. I don't want to go out to
18 dinner." And I can order something from -- he say he
19 will order. He orders the food, the groceries. We used
20 to go get groceries together, discover new stores, new
21 markets. He loves to cook. We watch the cooking
22 channels. Not even that, he just order the food and he
23 doesn't want to go eat.
24    Q.   Did you have restaurants that you enjoyed going
25 to?

Page 43

1    A.   Yeah. We have many places going. We discover
2 new ones too, you know -- going to Italian restaurants,
3 always new stuff to do. So planning -- even going out
4 on the weekend was concert or go to -- we don't do
5 nothing no more.
6    Q.   You mentioned you went to see Elton John; is
7 that right?
8    A.   Yes. For his birthday I took him to there. I
9 buy tickets and he was so happy. We went out, no
10 problem.
11    Q.   When did you see Elton John?
12    A.   I don't remember. It was his birthday. I give
13 him so many nice birthdays, very special, spoil him.
14 But I don't remember exactly what year was this, but it
15 was -- he had a good time. Maybe couple years before
16 this incident. But always doing something, you know,
17 the weekends. There was -- he was always -- now he is
18 totally different.
19    Q.   You mentioned that he took trips. Where would
20 you go to take trips?
21    A.   We went to Las Vegas. We were going to visit
22 there and getting together to Italian restaurants. Like
23 getting with family and going out or going over --
24 sharing place that they have in San Diego with his
25 friend. He owns a sharing place for a time. So we were

Page 44

1 going there for a couple nights and -- going very often.
2 He goes to San Diego, always doing something. Never be
3 home. Now don't go out just. It is just doctors
4 psychology, psychology. He ask me if I want to go too.
5 I say, "No, I don't want to go to psychology." It is
6 for him. That is the hard part for me right now.
7    Q.   Other than Las Vegas what other trips have you
8 taken together in the last five years?
9    A.   One was Las Vegas, restaurants, theater -- a
10 lot of theater -- movies, always going to see his family
11 in San Diego and Santa Ana. And I don't remember the
12 name of this place sharing in San Diego too. He was
13 going very often to San Diego.
14    Q.   How often?
15    A.   Like every three months we were going there,
16 visit his friend -- back together with friends. For
17 years -- so they owned this sharing place. I don't
18 remember. It was in San Diego, but I don't remember.
19 It was going very often.
20    Q.   When you say you would visit family are you
21 talking about family out of state or local family?
22    A.   No, that was local family going out, but
23 getting to go out to restaurants -- meeting in the
24 restaurants in the area. He doesn't even like to do
25 barbecues anymore not even in the house. He is like

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 45

1 down. Only say, "No, I don't feel to do -- I don't" --
2 if I go out -- just, "I have to go to my psychology."
3 He is totally different. It really affect him and it
4 affect me more, believe it or not.
5    Q.  Other than Elton John what other concerts have
6 you seen in the last five years together?
7    A.  The last five years was just Elton John.
8    Q.  Just one?
9    A.  Just one.
10    Q.  When you say, "go to the theater," are you
11 talking about the movie theater?
12    A.  Yes. That was almost like -- every movie --
13 they get the new movie, he always wanted to see
14 something else. And always going to the theater
15 together and goes out of the house.
16    Q.  When was the last time you went to a movie?
17    A.  Oh, my gosh. Since the incident -- this
18 incident at the arena we don't go to the theater. We
19 don't know. And I get upset with him a lot because
20 there is no fun. I say, "Where is this going, our life?
21 It is just psychology" -- I don't know how to help
22 him. I -- it is all the trauma he have and I know he
23 has a lot of issues -- have problems and he is -- he
24 is -- just don't want to get out. It is really pretty
25 hard for me.

Page 46

1    Q.  Your husband indicated to me that he had a law
2 partner that passed away recently. Are you aware of
3 that?
4    A.  Yeah, Ron Millsap was his partner. He passed
5 away.
6    Q.  When did he pass away?
7    A.  I also don't remember dates and times and that.
8 I don't remember, but it was maybe four years ago,
9 something like that. I am not sure the time, but it's
10 been a while.
11    Q.  He testified at his deposition that that death
12 has been hard on him. Have you spoken with him about
13 that?
14    MR. HASHEMI: Objection. Argumentative and
15 lacks foundation.
16  BY MR. IRWIN:
17    Q.  Go ahead.
18    MR. HASHEMI: You can answer.
19    THE DEPONENT: You mean his relationship with
20 Ron that die -- affect my husband?
21  BY MR. IRWIN:
22    Q.  Yes. He testified at his deposition that he
23 has had a difficult time with the passing of his law
24 partner. Have you noticed that?
25    A.  Oh, yes. Yes. He has been having multiple

Page 47

1 problems. He has gone back to -- actually today they
2 are in the Navy and they are both doing this ceremony
3 for the ashes. And he have this problem with the arena
4 too. Yes, he is having a hard time. It is hitting him
5 very much.
6    Q.  I am sorry. Did you say the name Serena?
7    A.  No, in the arena.
8    Q.  Oh, the arena?
9    A.  Yes.
10    Q.  The son who died, what was his name?
11    A.  Johnny. He is -- today they are in the boat
12 right now with the ceremony with the Navy.
13    Q.  What was Johnny's last name?
14    A.  Trippiedi. He changed his name and it was
15 different and he took Johnny Trippiedi.
16    Q.  And when did he pass away?
17    A.  Oh, Johnny, I believe was like two years -- two
18 years ago. Actually it's been one year because they
19 have the ashes. It was last year, yeah. Yeah, one year
20 that he died, and just now they doing the ceremony.
21 Yeah, it's been a year.
22    Q.  Do you know how Johnny Trippiedi passed away?
23    A.  He was in a hotel. He used to drink a lot and
24 they find him dead. That's what they report to us. He
25 have a problem. He was -- he was a diabetic person. He

Page 48

1 was using insulin and then he had a lot of multiple
2 problems with psychological. And he --
3    MR. HASHEMI: Glendy, you don't have to go on
4 about that. Just answer the question that you are
5 asked, please.
6    THE DEPONENT: Okay. I can answer again?
7    MR. HASHEMI: If counsel doesn't feel you have
8 answered the question he will ask you again, but all you
9 need to do is answer the question. That's all.
10    THE DEPONENT: Okay. Sorry. Ask again.
11  BY MR. IRWIN:
12    Q.  Was Johnny Trippiedi's death unexpected?
13    A.  Yes.
14    Q.  Was your husband close to Johnny Trippiedi?
15    A.  Very much. Very much.
16    Q.  Did he live near your house?
17    A.  He was living in San Diego.
18    Q.  When you went to San Diego would you visit him?
19    A.  No. I didn't see -- I didn't see him in San
20 Diego. He moved. I went one time only, but he was in
21 San Diego.
22    Q.  You mentioned that your husband was very close
23 to his son. Did they keep in contact with each other?
24    A.  Yes, they call all the time.
25    Q.  On the phone?

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 49

1    A.   Yes, all the time.
2    Q.   We have talked about the Toyota arena, the
3  graduation.  We have talked about Johnny Trippiedi's
4  passing.  We have talked about the death of your
5  husband's law partner.  Have there been any other
6  traumatic events that you are aware of that have
7  occurred with your husband over the last two years?
8    A.   Two years, no.  But little more than two years,
9  yes, his sister Barbara died too.
10   Q.   Your husband's sister?
11   A.   Yes, Barbara.
12   Q.   When did she die?
13   A.   I don't remember.  It's been a while, probably
14  four years ago, something like that.  I am not sure, but
15  she died too.  She had dialysis and she died.
16   Q.   Was her death unexpected?
17   A.   Well, she was going to dialysis, kidney
18  problem.
19       MR. HASHEMI:  Glendy, I want you to focus on
20  the question that is being asked of you.  Only answer
21  the question.  You don't need to explain other things.
22       THE DEPONENT:  Okay.  Sorry.
23  BY MR. IRWIN:
24   Q.   And where did Barbara live before she died?
25   A.   I know -- I don't remember the address.  I went

Page 50

1  to her house, but I don't remember the address.
2    Q.   In Southern California?
3    A.   It was in California, yes, close to -- she was
4  living close to the this hospital, Los Robles.
5    Q.   And was your husband close with her sister?
6    A.   Very much too, yes.  Very much.  Almost every
7  day talking to.
8    Q.   They spoke almost every day?
9    A.   Yeah, two three times a week they talking.
10   Q.   Does your husband have any other siblings?
11   A.   He have a -- yes, another sister, Gina.
12   Q.   Is he close with Gina?
13   A.   He is close now more than before because she is
14  the only sister he have left.
15   Q.   How often does your husband see his
16  psychiatrist?
17   A.   Twice a week.
18   Q.   And how long has that been going on?
19   A.   Since -- oh, I am not sure about when he
20  started.  I don't remember exactly, but there was like
21  right away after this incident.  He has been going for
22  over a year.  I am not sure.
23   Q.   Do you know the name of the person that he
24  sees?
25   A.   No, I don't remember the name.  I don't

Page 51

1  remember the name.  He mention to it me, but I don't
2  remember.
3    Q.   And you have never seen this individual?
4    A.   No.
5    Q.   Have you noticed any improvement in your
6  husband since he has undergone this therapy or
7  treatment?
8    A.   Very -- not really.  He just doesn't want to go
9  out.  He still don't want to go out.
10   Q.   Okay.  Let's go off the record.
11       (Off the record.)
12       MR. HASHEMI:  I am going to order a copy of the
13  transcript.  And I will put this on the record.
14       (Off the record.)
15  BY MR. IRWIN:
16   Q.   Let's go back on the record.  Ms. Trippiedi,
17  are you aware of any problems with sleeping that your
18  husband may have suffered since the graduation at the
19  Toyota arena?
20   A.   Yes, he does have a lot.  He can't sleep.  So I
21  have to constantly -- he sleep an hour or two hours, he
22  wake up, and he go sleep.  He come back.  He goes like
23  back to sleep and then it is like two, three hours.  He
24  is getting up constantly.  He say that to me, he can't
25  sleep, and he turns to me and just watch the news.

Page 52

1    Q.   Do you share a bed with your husband?
2    A.   Yes, but since the incident I had to -- because
3  he can't sleep well, and so -- I sleep normal so I have
4  to -- when he don't sleep well I have to go to the other
5  room to sleep because it is -- he -- even that change,
6  he doesn't sleep normal hours like before.  He have some
7  insomnia.
8    Q.   To your knowledge has your husband experienced
9  any problems with night terrors?
10   A.   No.  Not that I know, no.
11   Q.   Other than the problems that have arisen
12  regarding your husband's desire to stay home all the
13  time have you had any other marital issues with your
14  husband recently that you are aware of?
15   A.   Ask again the question, please.
16   Q.   Other than the problems or frustrations that
17  you feel about your husband's desire to stay at home all
18  of the time have there been any other problems or issues
19  in your marriage that you are aware of?
20   A.   No.  We don't have any others except what
21  happened with the incident.
22   Q.   Have you had any struggles or conflicts with
23  your husband over money or finances recently?
24   A.   No.  We manage our own money separate.
25   Q.   Okay.  So the money issue is not an issue at

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 53

1 all?
2    A.  No, we each have our own money.
3    Q.  Have you ever told your husband that you think
4 of him differently because of what happened at the
5 Toyota arena?
6    A.  Yes.  I told him, "Why don't you try to help
7 yourself get out of bed?"  Because -- yes, I mention
8 that to him.
9    Q.  Do you personally feel your husband is somehow
10 a lesser man because of what occurred at the Toyota
11 arena?
12    A.  I feel that he feel -- he felt very embarrassed
13 because he said to me -- I feel that he feel
14 embarrassed.  So what happened -- and it creates a
15 problem.  He expressed clear he feel humiliated,
16 discriminated, and he feel bad about what happened
17 because he didn't want me to feel embarrassed about his
18 situation.  And I told him, "I am okay.  It is not your
19 fault."  You know, so try to make him feel not that way,
20 but he does feel like too much discrimination for
21 handicapped person.
22    Q.  You still love your husband, right?
23    A.  Oh, yes, totally.  Never -- never will change
24 it for anybody.
25    Q.  And whatever it is you contend occurred at the

Page 54

1 Toyota arena, that has not changed the way that you feel
2 about your husband, has it?
3    A.  No.  No, I am a very tolerant person and it
4 hurts me because this -- hurting people to him -- it is
5 hurting me.  No.  I love him to death and I never will
6 change that for anything.  I love the way I met him,
7 like that.
8    Q.  Okay.
9    A.  Yes.  No, nothing will change.
10    Q.  Those are all the questions that I have.
11       Counsel, do you have any questions?
12       MR. HASHEMI:  No nothing follow-up.
13       MR. IRWIN:  Okay.
14       MR. HASHEMI:  So you are aware, I provided my
15 e-mail address to Madam Reporter so that the transcript
16 can be e-mailed to me and I can convey it to
17 Ms. Trippiedi to review, sign and make any changes if
18 necessary.
19       MR. IRWIN:  That sounds great.  And you will
20 let me know once that has been completed?
21       MR. HASHEMI:  Sure.
22       MR. IRWIN:  Great.  I appreciate your time,
23 Ms. Trippiedi, and I hope everybody has a nice weekend.
24       THE DEPONENT:  You too.
25       (Deposition concluded at 3:39 p.m. PST)

Page 55

1        DECLARATION UNDER PENALTY OF PERJURY
2        I, Glendy Trippiedi, do hereby certify under
3 penalty of perjury that I have reviewed the foregoing
4 transcript of my deposition taken on June 25, 2021;
5 that I have made such corrections as appear noted
6 herein in ink; that my testimony as contained herein, as
7 corrected, is true and correct.
8
9        DATED this _____ day of _____,
10 20____, at _____, California.
11
12
13
14
15        _____
                 Glendy Trippiedi
16
17
18
19
20
21
22
23
24
25

Page 56

1        DEPONENT'S CHANGES OR CORRECTIONS
2 Note:  If you are adding to your testimony, print
3 the exact words you want to add.  If you are deleting
4 from your testimony, print the exact words you want
5 to delete.  Specify with "Add" or "Delete" and sign
6 this form.
7
8 DEPOSITION OF:      GLENDY TRIPPIEDI
9 CASE:               TRIPPIEDI V. CITY OF ONTARIO
10 DATE OF DEPOSITION:  JUNE 25, 2021
11
12 PAGE    LINE    CHANGE/ADD/DELETE        REASON
13 ____    ____    _____    _____
14 ____    ____    _____    _____
15 ____    ____    _____    _____
16 ____    ____    _____    _____
17 ____    ____    _____    _____
18 ____    ____    _____    _____
19 ____    ____    _____    _____
20 ____    ____    _____    _____
21 ____    ____    _____    _____
22 ____    ____    _____    _____
23 ____    ____    _____    _____
24 ____    ____    _____    _____
25 Deponent's Signature _____  Date _____

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

Page 57

```
 1              REPORTER'S CERTIFICATION

 2

 3        I, Elizabeth A. Willis-Lewis, Certified

 4  Shorthand Reporter in and for the State of California,

 5  do hereby certify:

 6

 7        That the foregoing witness was by me duly

 8  sworn; that the deposition was then taken before me at

 9  the time and place herein set forth; that the testimony

10  and proceedings were reported stenographically by me

11  and later transcribed into typewriting under my

12  direction; that the foregoing is a true record of the

13  testimony and proceedings taken at that time.

14

15        IN WITNESS WHEREOF, I have subscribed my name

16  on this date:  July 4, 2021.

17

18

19

20

21

22        Elizabeth A. Willis-Lewis, CSR

23

24

25
```

**1**

**10**  17:19 40:17

**15-year**  41:21

**18**  16:18

**19**  21:9

**1967**  11:19 41:15

**1986**  15:12

**1987**  15:21

**2**

**20**  21:9 33:2 35:8 38:15

**2011**  13:2 14:18,19,21

**2013**  14:25

**2018**  16:18

**2019**  16:18 18:24 20:22 22:15 40:6

**2021**  6:1

**20th**  20:22 22:15 40:6

**22311**  12:25

**24**  11:8

**25**  6:1 35:8

**2:08**  6:1

**3**

**30**  33:2 38:15

**32**  13:17 14:6

**34**  13:13

**3:39**  54:25

**4**

**4-21-67**  41:18

**5**

**50**  16:15

**54**  41:20

**6**

**69**  41:20

**6:00**  22:2

**9**

**91303**  12:25

**A**

**A-S-T-R-I-D**  13:23,24

**a.m.**  22:2

**ability**  11:9

**access**  36:11 37:19 38:3

**accident**  16:16,17,19 17:1, 4,15 27:6,7,8,11 41:14

**activities**  40:21

**address**  12:23 49:25 50:1 54:15

**adjudication**  18:13

**adjust**  18:12 37:6

**administered**  8:4

**affect**  20:3 39:3 40:13 45:3, 4 46:20

**affected**  18:4

**affects**  18:4 20:10

**afternoon**  6:8,10

**ahead**  46:17

**alcohol**  11:7

**Ana**  44:11

**ankle**  27:3,5,9,10,11

**answers**  9:21 10:1

**anxiety**  19:22 20:15

**anymore**  19:24 38:23 39:25 41:5 42:8,9,15 44:25

**approach**  24:25

**approximate**  35:9

**area**  22:20 26:15 27:20,25 28:8 29:14 32:15 44:24

**arena**  18:22 19:23 21:20,22 22:10,12,15 26:21,25 27:15 33:22 38:20 45:18 47:3,7,8 49:2 51:19 53:5,11 54:1

**Argumentative**  46:14

**arisen**  52:11

**arrival**  22:15

**arrive**  21:22

**ashamed**  20:1 25:11

**ashes**  47:3,19

**Ashley**  13:22

**assist**  8:23 30:13 31:4

**assume**  7:25

**asthma**  30:24

**Astrid**  13:19,23,25

**attend**  15:6

**attendant**  28:1,3

**attended**  19:13,21 20:14

**attorney**  6:14

**automatic**  36:18,19

**avoid**  9:9 10:10

**aware**  6:24,25 17:22 46:2 49:6 51:17 52:14,19 54:14

**B**

**back**  10:19 12:4,5 15:18 17:14 25:1,2,22 29:9 31:14 32:23 33:18,20 35:2 36:5, 20,23,24 37:2,7,9,13,18,20, 22 38:10,20 44:16 47:1 51:16,22,23

**background**  15:6

**backwards**  36:9

**backyard**  41:3,8

**bad**  22:8 53:16

**Barbara**  49:9,11,24

**barbecues**  44:25

**basis**  42:11

**bed**  52:1 53:7

**biggest**  30:14

**birth**  41:17

**birthday**  43:8,12

**birthdays**  43:13

**bit**  9:12 38:15

**blocked**  22:21,25 23:5,20, 21,24 32:24 34:22,23 35:22

**blocking**  33:7 35:5

**boat**  47:11

**bone**  27:9,12

**boot**  24:23,24 25:5 27:3,9, 13 38:6

**born**  11:16,20 41:15

**bought**  37:8

**break**  10:13,15,16 27:5,11 40:14

**breathe**  30:6,14,16,23,25

**broken**  27:3,9,10

**business**  19:3,10

**busy**  42:14

**button**  36:18

**buy**  43:9

**C**

**Calabasas**  17:5

**California**  15:10,18,19,20, 22,25 50:2,3

**call**  9:19 25:9 28:21 37:15 48:24

**called**  28:22

**Calls**  38:13

**Canoga**  12:25

**capital**  11:21

**car**  16:15,17,25 17:4 21:12, 15 22:23 24:5 26:23 27:7,11 32:20,24 33:6,7,16,18,24 34:15,17,19,21 35:2,8,11, 12,13,15,19,21 36:1,7,11 37:1,8,25 38:1,3,10

**carries**  11:3

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

**carry** 30:12,22

**cars** 23:2 33:3 35:5

**case** 9:8 10:3

**Center** 16:2,5

**ceremony** 29:23 32:14 47:2,12,20

**chair** 37:11

**change** 10:1 52:5 53:23 54:6,9

**changed** 41:6 47:14 54:1

**channels** 42:22

**check** 29:23 30:2 31:14

**checking** 29:9

**child** 13:14

**child's** 13:7

**children** 13:5,6 14:7

**choose** 10:1,5

**Chrysler** 21:16 35:24,25 36:1

**city** 6:24 7:1 11:20 17:23

**claim** 18:11

**Claudia** 13:9,12,13 21:1,13 35:16

**clear** 7:12 53:15

**cleared** 16:15

**climb** 38:9

**climbed** 37:25

**close** 14:14 35:6,13 48:14, 22 50:3,4,5,12,13

**closes** 37:15

**college** 15:9,10,13

**colloquy** 24:13

**combination** 12:14

**comedies** 42:4

**comment** 10:5 18:3

**commonly** 9:9

**companies** 19:2

**Compensation** 17:3

**complete** 15:24 16:4

**completed** 54:20

**compromise** 42:3

**computer** 16:2

**concert** 42:3,5 43:4

**concerts** 20:6 40:25 45:5

**concluded** 54:25

**conflicts** 52:22

**confuse** 7:13

**confused** 7:18

**constantly** 51:21,24

**contact** 48:23

**contend** 53:25

**context** 7:2

**conversation** 8:14

**convey** 54:16

**cook** 42:21

**cooking** 42:21

**copy** 51:12

**corner** 14:13

**correct** 6:19 27:17,18,22 32:12 36:9 37:4

**counsel** 37:23 48:7 54:11

**country** 11:15 12:6,8 15:8,9

**couple** 12:13 29:21 43:15 44:1

**court** 7:6 8:3,23 9:5,17 11:4 18:12

**create** 37:6

**creates** 53:14

**credibility** 10:7

**crowded** 32:18 34:6,8

**cuff** 16:20

**D**

**Daniel** 6:22

**date** 10:4 21:7 41:17

**dates** 46:7

**daughter** 20:24 21:1,13 22:21 23:8 24:5,15 25:23 32:21 34:1,2,7,10,16,19 35:16 38:9

**day** 18:21,23 19:15,20 21:10 40:3 50:7,8

**days** 12:4,5

**dead** 47:24

**death** 46:11 48:12 49:4,16 54:5

**decide** 15:18

**denied** 38:3

**DEPONENT** 28:13,16 36:14 38:5 40:18 46:19 48:6,10 49:22 54:24

**deposition** 6:16,17 7:2,5 8:8 9:16,25 17:21 46:11,22 54:25

**depressed** 39:6 40:5

**depressing** 39:2

**depression** 19:16

**designed** 36:24

**desire** 52:12,17

**diabetic** 47:25

**dialysis** 49:15,17

**die** 46:20 49:12

**died** 47:10,20 49:9,15,24

**Diego** 43:24 44:2,11,12,13, 18 48:17,18,20,21

**difference** 41:21

**differently** 53:4

**difficult** 46:23

**dinner** 38:24 39:25 40:7,24 41:23 42:4,16,18

**dinners** 20:6

**direct** 24:10 25:13

**directing** 22:17,23 23:12

**direction** 34:5

**directions** 22:8 24:20

**disabled** 16:12,14,21 24:23 25:6 27:20,25 28:8,20 29:14 32:15 39:3 40:12

**disappointing** 29:11

**discover** 42:20 43:1

**discriminate** 40:11

**discriminated** 53:16

**discrimination** 39:12,23 40:12 53:20

**disks** 16:21

**dispute** 18:12

**distract** 20:4

**divorced** 15:4,5

**doctor** 31:7

**doctors** 44:3

**door** 33:10,11 35:6 36:12,16 37:2,5,13,14

**doors** 36:2,3,7,8,17

**drama** 20:9

**drink** 47:23

**drive** 23:15,19 24:16 33:13, 15 35:21 36:5 37:7

**driver** 33:4,17

**driver's** 34:25 35:9,16 36:5

**dropped** 23:8 24:14 25:23

**dropping** 25:25

**drove** 21:10 25:25

**drugs** 11:7

**duly** 6:4

**E**

**E-L-S-I-E** 14:2

**e-mail** 54:15

**e-mailed** 54:16

**early** 21:25 23:3

**eat** 42:23

**education** 15:24

**effective** 9:13

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

**electric** 36:3,17

**elevator** 23:4 24:1

**Elsie** 13:19 14:2

**Elton** 42:6 43:6,11 45:5,7

**embarrassed** 20:1 25:11 53:12,14,17

**emergency** 12:5

**employed** 16:11 17:4

**end** 9:16 22:19

**ended** 32:14 33:21

**enjoy** 29:11 38:23

**enjoyed** 40:22 42:24

**enjoying** 38:24

**enter** 22:12 33:9

**entire** 26:21

**entrance** 22:16 26:25 27:15,17,18

**estimate** 21:24 22:4

**event** 18:17,19 29:18

**events** 7:10 49:6

**EXAMINATION** 6:7

**Excuse** 28:13

**experienced** 52:8

**explain** 49:21

**expressed** 53:15

**eye** 30:7 31:22

**F**

**fact** 10:6

**family** 11:23 17:6,7 20:6,23 41:5 43:23 44:10,20,21,22

**fault** 17:15 53:19

**fear** 39:8,12 40:11

**feel** 11:8 41:12 45:1 48:7 52:17 53:9,12,13,15,16,17, 19,20 54:1

**feels** 19:25 39:5,7

**felt** 53:12

**female** 28:5,6

**figure** 7:14

**file** 18:6

**filed** 6:23 17:22 19:1,7

**finally** 32:23 33:3,16 34:14, 16

**finances** 52:23

**find** 8:21 22:22 23:19 32:21 34:3,13,16 47:24

**fine** 30:4,5

**finish** 15:17 16:7

**focus** 49:19

**follow** 18:11,14 24:20

**follow-up** 54:12

**food** 39:1 41:11 42:19,22

**foot** 27:13

**forever** 36:6

**forget** 31:19

**forgets** 31:10,12

**formal** 9:8,13

**foundation** 46:15

**freeway** 22:6

**Friday** 6:1 40:25

**friend** 43:25 44:16

**friends** 11:23 44:16

**front** 36:8

**frustrations** 52:16

**fun** 42:7 45:20

**G**

**G-L-E-N-D-Y** 6:11

**Gabriel** 6:13

**garden** 41:8

**gardening** 41:1,2

**gate** 36:21 37:18

**gave** 18:3

**gentleman** 24:6,15

**gesturing** 9:4

**Gina** 50:11,12

**give** 9:8 10:9,17 11:9 40:15 43:12

**Glendy** 6:3,10 37:23 48:3 49:19

**good** 6:8,10 22:7 43:15

**gosh** 45:17

**graduate** 15:8,11 16:2 34:7

**graduated** 20:23 21:1

**graduation** 18:21,23,25 19:12,13,21 20:13,17 21:3, 7,10,19 29:12,16 31:9,17 32:11 33:21 34:10 40:6,23 49:3 51:18

**grandchildren** 21:2,5,13 25:14 29:7,10,13 32:20 33:22

**granddaughter** 18:22

**granddaughters** 20:24 27:14

**great** 11:14 54:19,22

**groceries** 37:16 42:19,20

**grows** 41:3

**Guatemala** 11:15,21 12:1,2 15:14 20:4

**guess** 15:21 19:25 22:1

**guy** 23:21 35:8,9,10

**guys** 22:22 23:13 28:16 35:12 37:24

**H**

**Hailey** 21:6,14

**half** 24:1 33:1 34:18

**handicap** 22:20 23:1,20,24 24:20 25:1 34:11 36:24

**handicapped** 23:5 26:13, 20 38:3 53:21

**hands** 31:19

**happen** 19:23 39:9,12,23

**happened** 17:15 18:21 20:1

22:14 29:15 52:21 53:4,14, 16

**happy** 10:17 43:9

**hard** 30:23 31:25 34:3 41:12 44:6 45:25 46:12 47:4

**HASHEMI** 28:12,14 36:13 37:23 38:7,13 39:15 40:14 46:14,18 48:3,7 49:19 51:12 54:12,14,21

**hatch** 37:17

**head** 9:2 30:3

**held** 10:14 17:16

**helps** 25:7 30:25

**high** 15:7,8,11

**hill** 24:1

**hire** 18:15

**hisself** 34:4

**hitting** 47:4

**Hold** 27:23

**home** 32:10 41:7 44:3 52:12,17

**hope** 54:23

**hospital** 50:4

**hotel** 47:23

**hour** 29:19 33:2 34:18 51:21

**hours** 11:8 29:19,20,21,22 51:21,23 52:6

**house** 44:25 45:15 48:16 50:1

**housewife** 16:13

**huh-uh** 9:10

**humiliated** 53:15

**humiliation** 39:10

**hurting** 54:4,5

**hurts** 54:4

**husband** 6:23 12:20 13:4 17:22 18:3,25 19:6,15,22 20:14,17,19,25 21:2,11,15 24:25 25:4,6,8,15 27:3,14 28:17,19,21 29:8,14,24 31:4,16 33:5,9,21 35:3,10 37:6 38:2,23 40:7,22 41:19,

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

24 46:1,20 48:14,22 49:7
50:5,10,15 51:6,18 52:1,8,
14,23 53:3,9,22 54:2

**husband's**  6:21 7:9 49:5,10
52:12,17

## I

**impact**  10:6 11:8

**important**  16:9

**impossible**  38:6,12

**impression**  39:18,19

**improvement**  51:5

**incident**  19:23 20:7 43:16
45:17,18 50:21 52:2,21

**indicating**  37:15

**individual**  51:3

**injured**  16:19

**inside**  22:17 23:12,25 24:10
25:1 33:17 35:11,14

**insomnia**  52:7

**insulin**  48:1

**intend**  12:16

**interest**  25:19

**interested**  40:23

**involved**  18:12 19:3,9

**involvement**  7:9

**Irwin**  6:7,13 28:24 36:15
38:8,14 39:16 40:16,20
46:16,21 48:11 49:23 51:15
54:13,19,22

**issue**  52:25

**issues**  10:11 19:22 20:14,
20 32:2 45:23 52:13,18

**Italian**  43:2,22

## J

**jobs**  17:17

**John**  42:6 43:6,11 45:5,7

**Johnny**  47:11,15,17,22
48:12,14 49:3

**Johnny's**  47:13

**judge**  7:6 11:5

**JUNE**  6:1

**jury**  11:5

## K

**keeping**  30:7 31:22

**kidney**  49:17

**kids**  28:19 29:3

**kind**  21:15 35:23

**knowledge**  19:16 52:8

## L

**L-E-I-D-A**  13:21 14:4

**lacks**  46:15

**lady**  25:3

**lap**  29:4

**Las**  43:21 44:7,9

**law**  11:4 18:14 19:10 46:1,
23 49:5

**lawsuit**  6:23 7:2,9 17:23
18:2,7,9,16

**lawsuits**  19:1,7

**lawyer**  17:7,9

**lawyers**  11:25 18:11,15

**Leading**  28:12

**leaving**  35:10

**left**  33:4,16,22 38:16 50:14

**Leida**  13:19

**lesser**  53:10

**license**  34:25 35:17

**life**  6:18 12:18 45:20

**lift**  36:20,22 37:18

**listen**  8:10,24 24:14

**literacy**  16:2

**live**  12:20,22 14:20 48:16
49:24

**lived**  13:1 15:22

**lives**  13:3

**living**  14:14 15:19 48:17
50:4

**local**  44:21,22

**located**  11:14

**long**  10:15 12:6,8,12 13:1
17:8 29:16,17 50:18

**longer**  40:23

**looked**  34:1

**Los**  50:4

**lot**  20:6,10 22:18,20 23:13,
14,16,18,19 24:6,16 26:1,4,
9,18 32:2,22 34:23 39:3
41:9 44:10 45:19,23 47:23
48:1 51:20

**love**  53:22 54:5,6

**loves**  41:2 42:21

## M

**machine**  30:16

**Madam**  54:15

**made**  10:5

**main**  27:18

**make**  9:14,23 10:2,11 32:19
53:19 54:17

**male**  28:5,6

**man**  53:10

**manage**  52:24

**manager**  25:9,12 28:21,22,
25

**marital**  52:13

**market**  14:13,15,16

**markets**  19:2 42:21

**marriage**  52:19

**marriages**  14:9

**married**  6:19 14:17,20,24,
25

**mask**  30:20,21

**matter**  10:4

**medication**  11:7 31:6,11,
20 32:5

**medications**  25:7 30:5,9,
12,17 31:1,3,6,8

**meet**  14:12 32:15

**meeting**  44:23

**Melody**  21:6,14

**mention**  51:1 53:7

**mentioned**  43:6,19 48:22

**met**  14:13,15,19,22,23 54:6

**middle**  13:14

**midst**  38:2

**Millsap**  46:4

**minutes**  33:2 35:8 38:16
40:17

**Misstates**  39:15

**mom**  11:24 15:19

**moment**  32:8

**money**  52:23,24,25 53:2

**Montes**  21:6

**months**  12:13 15:9,13
17:11 44:15

**morning**  21:25 22:5

**mother**  12:15

**move**  14:21,22 20:11 33:3,5
35:15

**moved**  33:16 48:20

**movie**  45:11,12,13,16

**movies**  44:10

**multiple**  46:25 48:1

## N

**names**  13:18 21:5

**nanny**  17:5,8,16

**Navy**  47:2,12

**neck**  16:21,24

**needed**  32:4

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

**negative** 20:8

**news** 51:25

**nice** 43:13 54:23

**night** 52:9

**nights** 44:1

**nods** 9:1

**non-responsive** 20:12

**normal** 8:14 36:10 37:7 52:3,6

**nos** 9:8,13

**noticed** 46:24 51:5

**notified** 10:2

**O**

**oath** 8:4 10:25 11:4

**objection** 28:12,15 36:13 46:14

**Occupation** 16:2

**Occupational** 16:5

**occupied** 42:14

**occurred** 49:7 53:10,25

**occurrence** 18:17

**October** 18:24 20:22 21:9 22:15 40:6

**offensive** 28:23

**offer** 35:2,19 38:9

**office** 19:11

**oldest** 13:7,9

**Ontario** 6:24 7:1 17:23

**open** 35:6

**opens** 36:22 37:4,15

**opportunity** 9:17,21

**order** 41:11 42:5,18,19,22 51:12

**orders** 42:19

**organic** 41:3

**outwards** 36:9

**owned** 44:17

**owns** 43:25

**oxygen** 30:6,11,15,16,18, 20,25 31:3 32:5

**P**

**p.m.** 6:1 54:25

**packed** 32:25

**pain** 31:12

**park** 12:25 22:24,25 23:3, 18,22,23,24,25 24:18,21 26:9,10,15

**parked** 23:2 26:1,23

**parking** 22:17,20,22 23:13, 15,19 24:6,16,19,21 26:1,5, 9,18,20 32:22 38:4

**parks** 23:1 24:19,21 26:16

**part** 9:19 23:2 44:6

**participating** 40:22

**partner** 46:2,4,24 49:5

**pass** 46:6 47:16

**passed** 11:25 46:2,4 47:22

**passenger** 33:15

**passing** 46:23 49:4

**penalty** 11:3

**people** 25:11 31:25 32:19 34:4,5,9,24 40:12 54:4

**percent** 16:15

**Perfect** 7:23

**perjury** 11:4

**person** 22:16,23 23:10 26:7,12 47:25 50:23 53:21 54:3

**personally** 53:9

**phone** 48:25

**place** 43:24,25 44:12,17

**places** 41:1,4 42:5 43:1

**plan** 12:12

**planning** 12:13 43:3

**plantations** 41:2

**plants** 41:8

**point** 22:18,25 23:22 26:8, 16

**popped** 37:25

**portable** 30:16,18,19

**prepared** 11:11,13

**prescribe** 31:7

**pretty** 45:24

**Previously** 27:8

**prior** 14:9 17:4 18:25 19:12, 15,21 20:13,17 26:5 39:15

**privacy** 19:4

**private** 19:10

**problem** 7:16 16:24 25:9 27:12 30:14 43:10 47:3,25 49:18 53:15

**problems** 19:16 45:23 47:1 48:2 51:17 52:9,11,16,18

**proceed** 10:23 11:12

**proceeding** 8:5

**program** 16:5

**pronounce** 18:13

**properties** 12:1,15

**proud** 34:7

**provided** 54:14

**PST** 6:1 54:25

**psychiatric** 20:19

**psychiatrist** 50:16

**psychological** 48:2

**psychology** 15:9 20:3 38:25 40:4 42:16 44:4,5 45:2,21

**pull** 33:6,18 35:12,19 38:10

**pulls** 37:9

**push** 27:2 36:18

**pushing** 23:25 24:22,25 27:3

**put** 9:18 29:3 33:16,17 37:10,16 51:13

**puts** 37:10

**Q**

**question** 7:10,17,21,22 8:1, 18 20:13 24:14 28:14 37:12 48:4,8,9 49:20,21 52:15

**question-and-answer** 7:5

**questions** 7:8,13 9:20 10:22 32:4 54:10,11

**quick** 10:14

**R**

**r-i-p-p-i-e-d-i** 6:12

**Ralph's** 14:13,16

**ramp** 24:23,25 27:2,15,19

**ready** 10:18

**rear** 36:16 37:2

**reason** 10:15 11:11

**recall** 17:23

**recently** 12:9,10 17:14 46:2 52:14,23

**record** 6:9 8:11 9:6 40:17, 19 51:10,11,13,14,16

**recorded** 9:23

**records** 8:7

**referring** 30:18

**regular** 24:21 37:5 42:11

**relate** 18:16,19

**related** 12:1

**relationship** 46:19

**remember** 16:8 21:23 22:5, 7,11,13 29:17,20,22 35:25 43:12,14 44:11,18 46:7,8 49:13,25 50:1,20,25 51:1,2

**remind** 30:15,16 31:5,12,18

**reminding** 31:1,20

**remove** 37:7,9

**removed** 36:4,6,25

**rephrase** 7:21

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

**report** 47:24

**reporter** 8:3,23 9:5,18 13:20 54:15

**represent** 7:1 11:25

**responses** 9:1,13

**restaurants** 19:1 38:22 42:24 43:2,22 44:9,23,24

**resume** 10:19

**return** 12:16

**review** 9:17,22,25 54:17

**rewind** 25:22

**road** 10:11

**Robles** 50:4

**roll** 32:17,23

**Ron** 46:4,20

**room** 52:5

**rotator** 16:20

**routine** 42:10

**row** 25:14 29:5,6

**rude** 8:23

**rules** 18:11

**Runnymede** 12:25

**S**

**San** 43:24 44:2,11,12,13,18 48:17,18,19,21

**Santa** 44:11

**sat** 29:7,13,14

**Saturday** 40:24 41:25 42:2

**school** 15:7,8,11

**scream** 34:14

**seat** 36:6 37:8,9

**seating** 27:20,25 29:14 32:15

**seats** 36:4,25

**sees** 50:24

**send** 39:1

**sense** 9:14,23 10:11

**separate** 31:13 52:24

**separated** 15:2

**Serena** 47:6

**session** 7:5

**shakes** 9:2

**share** 52:1

**sharing** 43:24,25 44:12,17

**shopping** 41:10

**shoulder** 16:20,24

**siblings** 50:10

**sic** 14:22 21:6 34:4 41:3

**side** 22:25 23:21 26:8,10 33:4,8,17,19 34:11,12 35:7, 10 36:5

**sides** 32:25 34:22 35:13,22 36:18

**sign** 54:17

**simple** 37:13

**simultaneous** 24:13

**sister** 49:9,10 50:5,11,14

**sit** 25:13 28:7 29:5,6,8 30:8 31:13

**sitting** 28:19 29:3,10 32:16 37:10

**situation** 8:16 9:4 18:4 19:25 39:8 53:18

**sleep** 51:20,21,22,23,25 52:3,4,5,6

**sleeping** 51:17

**slide** 36:3,9,10

**sliding** 33:10,11 36:7,12

**sobbing** 40:15

**son** 16:10 47:10 48:23

**sooner** 25:19

**sounds** 54:19

**Southern** 50:2

**space** 22:22 32:19

**spaces** 26:9

**speak** 8:11,15,16 26:4 28:3,

25

**speaking** 8:21

**special** 43:13

**specific** 11:20 18:17

**speculation** 38:13

**spell** 6:9 13:10,20

**spend** 42:13

**spoil** 43:13

**spoke** 23:11 24:15 50:8

**spoken** 8:11 46:12

**spots** 26:13

**sprayed** 30:21

**spur** 27:9,12

**staring** 25:12

**start** 8:4 10:19 17:21

**started** 26:25 50:20

**state** 6:8 44:21

**States** 12:17

**stay** 29:8 41:7 52:12,17

**step** 25:18

**stop** 23:6 24:3 25:16

**stores** 42:20

**straight** 22:18,19 23:15,19 24:9,11,16

**straightforward** 10:10

**street** 12:25 22:9,12

**stressful** 31:21

**strike** 20:11

**struggles** 52:22

**stuff** 41:3 43:3

**succession** 8:17

**suffered** 51:18

**Sunday** 41:25 42:2

**supposed** 31:11

**surgery** 16:21

**sworn** 6:4

**T**

**takes** 8:7 30:12 31:6,11

**taking** 30:4,10 38:23

**talk** 8:17 29:1 39:5

**talked** 49:2,3,4

**talking** 44:21 45:11 50:7,9

**telling** 7:24 42:9

**temporarily** 24:24 25:5

**terms** 15:6

**terrors** 52:9

**testified** 6:4 46:11,22

**testimony** 9:22 10:10 11:9 26:17 39:15

**theater** 44:9,10 45:10,11, 14,18

**therapy** 51:6

**thing** 22:14 29:1 32:8

**things** 9:9,12 20:5 32:9 42:14 49:21

**thinking** 40:4

**thinks** 38:24

**Thomas** 6:11

**throw** 31:19

**tickets** 40:25 42:5 43:9

**time** 6:18 8:12 9:25 10:17 12:3 14:20 17:10 21:22,23 22:3 23:11 25:18 27:13 29:21,24 31:13 40:15 42:7, 13 43:15,25 45:16 46:9,23 47:4 48:20,24 49:1 52:13,18 54:22

**times** 30:1,2 46:7 50:9

**today** 9:19,23 10:10,13 11:9,12 19:8 47:1,11

**told** 23:15 24:9,15 26:18 39:17 53:3,6,18

**tolerant** 54:3

**totally** 22:20 23:20 43:18 45:3 53:23

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Deposition of
GLENDY TRIPPIEDI

TRIPPIEDI V. CITY OF ONTARIO
June 25, 2021

**Toyota**  18:22 19:23 21:19 22:15 38:20 49:2 51:19 53:5,10 54:1

**traffic**  22:17,24 23:12 34:5

**Tramadol**  31:11,16 32:5

**transcript**  9:6,17,19 10:6 51:13 54:15

**trauma**  45:22

**traumatic**  49:6

**traumatize**  39:4

**traumatized**  19:25 39:7,24

**travel**  12:10 15:18,20

**treatment**  51:7

**trial**  10:4

**Trippiedi**  6:3,11,13,22 14:12 18:10 40:21 47:14,15, 22 48:14 51:16 54:17,23

**Trippiedi's**  48:12 49:3

**trips**  43:19,20 44:7

**troublemaker**  25:10

**troublemakers**  28:23

**trunk**  37:25

**truth**  11:1

**turning**  30:3

**turns**  51:25

**twin's**  14:1

**twins**  13:15 14:5

**type**  8:24 9:5 19:22

**types**  9:18

### U

**U-R-I-B-E-S**  13:11

**uh-huh**  9:10

**ultimately**  26:1

**unable**  36:11

**unclear**  9:13

**uncomfortable**  29:9 31:15

**undergone**  51:6

**understand**  6:14 7:3,18,19, 20,25 9:7 10:7,25 11:5 18:9, 14 31:23,24 32:1,4 37:1

**understanding**  18:16

**understood**  7:25

**unexpected**  48:12 49:16

**United**  12:16

**unkind**  8:23

**upset**  45:19

**upstairs**  24:22

**Uribes**  13:9

### V

**Valley**  16:1,4

**van**  21:17,18 26:1 33:9 35:23 36:16,17 37:5,7,13,18

**Vegas**  43:21 44:7,9

**verbal**  9:1

**visit**  12:2 43:21 44:16,20 48:18

**visiting**  11:22

### W

**wait**  8:22 32:16 33:1,2 35:7

**waited**  38:15

**waiting**  34:18

**wake**  51:22

**walk**  32:14,18,21

**walked**  34:14,19

**walking**  26:25

**wanted**  45:13

**watch**  42:21 51:25

**wearing**  24:23,24 25:5 27:8,13

**week**  20:3 38:25 42:1,7,11, 12 50:9,17

**weekend**  42:12,13 43:4 54:23

**weekends**  43:17

**West**  16:1,4

**whatsoever**  19:18,19 20:20

**wheel**  34:4,8

**wheelchair**  25:5 28:18 32:1 33:18 35:12

**word**  18:14

**work**  9:4 17:8,14

**worked**  16:25 17:2,11

**Workers'**  17:2

**working**  17:5,6,11,16 23:10,13 24:6 26:4,18 28:1 41:7 42:8

**worried**  30:5,9

**wow**  13:16

### Y

**year**  11:18 14:19,25 16:7 43:14 47:18,19,21 50:22

**years**  12:3,9 14:24 15:1 16:1,6,10 17:19 36:6 43:15 44:8,17 45:6,7 46:8 47:17, 18 49:7,8,14

**yeses**  9:8,13

**younger**  41:12,19

## <u>CERTIFICATE OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

     I hereby certify that on August 6, 2021, I electronically filed the foregoing **DECLARATION OF GABRIEL M. IRWIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** with the clerk of the United States District Court - Central District of California by using the Central District CM/ECF system.

     Participants in the case who are registered CM/ECF users will be served by the Central District of California CM/ECF system.

     I further certify that some of the participants in the case may not be registered CM/ECF users.  I have mailed the foregoing **** by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days, to the following non-CM/ECF participants:

[*NONE*]


Dated:  August 6, 2021_____*Jennifer Beasley*_
                                          JENNIFER BEASLEY