JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TRIPPIEDI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ONTARIO, a government entity; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 5:20-cv-01190-AB (SHKx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **fifty (50) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: April 19, 2022

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.