UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TRIPPIEDI, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF ONTARIO, a government entity; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: 5:20-cv-01190-AB (SHKx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Having considered the Joint Stipulation for Dismissal of the entire action with Prejudice, (Dkt. No. 56), filed by Plaintiff Daniel Trippiedi ("Plaintiff") and City Of Ontario ("Defendant"), the Court hereby **DISMISSES** the above-entitled action, in its entirety, **WITH PREJUDICE**. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: May 24, 2022

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE